# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
#### NEWPORT NEWS DIVISION

In Re:                                                        Case No.: 21-50907-FJS

MIGUEL ANGEL SOSA AVILA                          Chapter 13
A/K/A MIGUEL ANGEL SOSA

*Debtor.*
_____

ELIZA SOSA, in her capacity as
Beneficiary of the ESTATE OF JUAN SOSA AVILA

Plaintiff,

**v.**                                                        APN_____

Miguel Angel Sosa Avila
A/K/A Miguel Angel Sosa

Defendant.
_____

## COMPLAINT TO DETERMINE NONDISCHARGEABILITY OF DEBT
### [11 U.S.C. § 523(a)(2)]

COMES NOW, plaintiff ELIZA SOSA, (Eliza) in her capacity as beneficiary of the Estate of Juan Sosa Avila (the "Estate"), by counsel, pursuant to 11 U.S.C. §523(a)(2) and submits this complaint to determine the non-dischargeable nature of the fiduciary debt(s) now owed, or hereafter determined to be owed, to the Estate by defendant Miguel Angel Sosa Avila on the following grounds:

## Parties

1.   The Plaintiff, Eliza Sosa, ("Eliza Sosa") is the widow of Juan Manuel Sosa Avila ("Juan Sosa") and is a resident of Mexico. Pursuant to Virginia Code § 64.2-200(A)(1), Eliza Sosa is the intestate successor of Juan's Estate.

2.   Juan Sosa died intestate in the course of his employment on May 28, 2003, as a result of a commercial fishing accident.

3.   Miguel Angel Sosa Avila ("Miguel Sosa") is a resident of Hampton. Miguel Sosa was the

brother of the decedent and was married to the Administratix of the Estate, Michelle Sosa

("Michelle Sosa"), at the time of the events described in the Complaint.

4.   On December 08, 2021 (the "Petition Date"), Miguel Sosa filed with this Court a voluntary

petition under chapter 13 of the United States Bankruptcy Code.

5.   R. Clinton Stackhouse, Jr. has been appointed to serve as trustee for the Debtor's chapter 13

estate, pursuant to 11 U.S. Code § 1302.

## Jurisdiction and Venue

6.   This Court has jurisdiction over this "core proceeding" pursuant to 29 U.S.C §§ 1334(b) and

157(b)(2)(I). Venue properly lies in this district by virtue of 28 U.S.C. § 1409(a). This is an

"adversary proceeding" with the meaning of Rule 7001(6) of the Federal Rule of Bankruptcy

Procedure.

## Factual and Procedural Background

7.   Paragraphs 1 through 6 are incorporated by reference to this Section of the Complaint.

8.   Juan Sosa Worked as a fisherman and died in course of employment on May 28, 2003, as a

result of a commercial fishing accident. Juan Sosa died intestate, and left Eliza as his heir at law.

This heir was listed by the Administratrix in her qualification Papers. At the time of his death,

Eliza resided in Mexico.

9.   Pursuant to the law of intestate succession, Juan Sosa surviving widow inherited his Estate.

See Va. Code § 64.2-201. When Juan Sosa died, based on U.S. immigration law and a lack of

funds for travel, Eliza Sosa was unable to come to the U.S. in order to qualify as the

Administratrix of the Estate of her husband. Under these circumstances, Michelle Sosa assumed

the duties of Administratrix.

10. When he was not away for his job, Juan Sosa lived with his brother Miguel Sosa.  Following

Juan Sosa's death, Miguel Sosa and his wife, Michelle Sosa, took charge of Juan Sosa's

personal affairs.  After Michelle Sosa became the Administratrix of Juan Sosa's Estate in

Hampton, Virginia, Michelle Sosa named Eliza Sosa as heir at law of Juan Sosa's Estate which

she valued at less than $10,000. (See Exhibit 1.)  This exempted her from the bond.  (See

Exhibit 2.)

11. Based on information and belief, on January 27, 2004, as part of an insurance payout

resulting from Juan Sosa's death, the law firm of Hunton & Williams issued a three-hundred

thousand dollars ($300.000.00) check to Michelle Sosa payable to the Estate account in the

Bank of America in Norfolk, Virginia.  (See Exhibit 3).

12. After depositing the check into the estate account, Michelle removed the funds from the

estate account. Michelle Sosa Avila in conjunction with Miguel Sosa Avila used those funds to

purchase the real estate holdings listed in the debtor's Chapter 13 Plan and listed in this

Complaint in paragraph 13 below.

13. Miguel Sosa converted the $300,000 payment made to the estate of Juan Sosa to his own

use. Specifically using the proceeds to buy the following properties:

    A.  253 Beauregard Heights, Hampton, Virginia

    B.  1269 N. King St, Hampton, Virginia

    C.  112 Beverly Street, Hampton, Virginia

    D.  329 Walnut Street, Hampton, Virginia

    E.  400 Cedar Drive, Hampton, Virginia

F.   431 Walnut St, Hampton, VA

14. On February 9, 2015, Eliza Sosa, by counsel filed her Complaint against Miguel Sosa and

Michelle Sosa in the Circuit Court of the City of Hampton to seek compensatory damages in the

amount of $300,000 plus costs and fees, and $350,000 in punitive damages. (See Exhibit 4).

15. Subsequently, on March 26, 2018, the Court granted default judgment in favor of Eliza Sosa,

and Ordered judgment against Miguel Sosa, in the amount of $300,000 with interest from

February 5, 2004, as well as the costs expended on behalf of Eliza Sosa. (See Exhibit 5).

16. The judgment against Defendant Debtor Miguel Sosa was recorded in the City of Hampton

Clerk's office on April 9, 2018, with a judgment reference number 18-1321. (See Exhibit 6).

17.  On February 28, 2019, Eliza Sosa, by counsel, filed a Complaint in the Circuit Court of the

City of Hampton to appoint a Commissioner in Chancery in order to enforce the lien of Eliza

Sosa's judgment against Miguel Sosa and submit a report on the properties listed in paragraph

13. (See Exhibit 7). Further Eliza Sosa requested that the Court award attorney's fees and costs

in connection with the pursuit of this action, to include filing and service fees, title search fees,

and the fees and costs of the Commissioner in Chancery appointed, and that the Court award

such other relief as deemed just, necessary, and proper. (See Exhibit 7).

18.  On June 5, 2020, Eliza Sosa, by counsel, motioned the Circuit Court of the City of Hampton

for Entry of a Decree of Reference and the Court appointed J. Robert Harris, III, Esq. as a

Commissioner in Chancery to report on the properties listed in paragraph 13. (See Exhibit 8).

Accordingly, the Court granted the motioned and entered a Chancery Decree of Reference on

August 12, 2020. (See Exhibit 9).

19.   Commissioner Harris submitted his Report to the Court on June 14, 2021, recommending

that the Plaintiff's relief be granted and that a Special Commissioner be appointed for the

purpose of selling the Properties by means the Special Commissioner, with Court approval

deems appropriate to obtain the highest value from the Properties which are to be applied to the Special Commissioner's fees and toward payment of the Judgement.  (See Exhibit 10).

20.  On September 30, 2021, Eliza Sosa, by counsel filed a Motion for Decree Confirming Commissioner's Report and Ordering Sale. (See Exhibit 11). On December 6, 2021, the Court granted the Motion and Ordered the Sale of the properties listed in paragraph 13. The Court appointed Greg Blanchard, Esq. as Special Commissioner to oversee the sale of the properties.

21. Miguel Sosa filed a Notice of Bankruptcy Case Filing on December 8, 2021, staying the collections actions in Circuit Court of the City of Hampton.

22. Inclusive of interest, accruing at the statutory six percent (6.0%) per annum judgment rate (Va. Code § 6.1-330.54), the accumulated sum of $ 607,211.6 remained due and owing to the Estate (and derivatively to the Beneficiary, Eliza Sosa) as of the Petition Date, exclusive of additional post-judgment attorney's fees, costs and interest accruing from and after the Petition Date.

**Requested Relief – Fraud/Defalcation**
**11 U.S.C. §523(a)(2)**

23. Paragraphs 1 – 22 are incorporated by reference to this Section of the Complaint.

24.  Section 523(a)(2)(A) of the United States Bankruptcy Code excepts from discharge any debt:

> *"For money, property services, or extension, renewal, or refinancing of credit, to the extent obtained by false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition;"*

25. Creditor Eliza Sosa suffered a loss as a result of the theft and conversion of funds owed to her by the Administratix. In this case Michelle and Miguel Sosa Avila conspired to deprive Eliza Sosa of her inheritance, then subsequently converted the funds paid for the death of her husband to use these funds for they're own benefit by purchasing the several properties listed in

this Complaint. This conversion by the Sosa's 's Defrauded the widow Eliza Sosa Avila of the

funds to which she was intitled under Virginia laws concerning intestate succession. (See

Virginia Code § 64.2-200(A)(1)).

26. Eliza Sosa through her counsel, has initiated a criminal investigation of Michelle and Miguel

Sosa for embezzlement contained in this Complaint and he allegations have been reported to law

enforcement.

WHEREFORE, Eliza Sosa respectfully requests this Court to enter an order determining

Miguel Sosa's obligation to the Estate (and derivatively to the Beneficiary, Eliza Sosa) to be

nondischargeable: (i) in the amount of $301,211.06; (ii) PLUS additional interest accruing on

the $300,000 judgment amount of the State Court Order at the judgment rate of six percent

(6.0%) per annum from February 5, 2004; (iii) PLUS the additional costs and attorney's fees of

incurred by Eliza Sosa or the Estate relative to the filing and prosecution of this complaint; (iv)

PLUS such other and further relief as is just and equitable.

## NOTICE OF HEARING ON COMPLAINT TO DETERMINE NONDISCHARGEABILITY OF DEBT
### [11 U.S.C. § 523(a)(2)]

The Creditor has filed papers with the Court for Authority of COMPLAINT TO DETERMINE NONDISCHARGEABILITY OF DEBT.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you want to be heard on this matter, then **on or before twenty-one (21) days from the date appearing on this notice,** you or your attorney must:

[X] File with the Court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
600 Granby Street, Room 400
Norfolk, VA 23510-1915

You must also mail a copy to:

E. Wayne Powell, Esq.
Powell Law Group, P.C.
14407 Justice Rd.
Midlothian, VA 23113

Christian D. DeGuzman, Esq.
DeGuzman Law, PLLC
JANAF Building, Fifth Floor
5900 E. Virginia Beach Blvd., Suite 507
Norfolk, VA 23502

R. Clinton Stackhouse, Jr.
Chapter 13 Standing Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435

[X]   Attend a hearing to be scheduled at a later date. You will receive separate
notice of hearing. If no timely response has been filed opposing the relief
requested, the Court may grant the relief without holding a hearing.

[ ]   **ATTEND THE HEARING SET FOR:**
**TAKE NOTICE** that, pursuant to Norfolk Standing Order No. 20-4, the
hearing on the COMPLAINT will be conducted remotely by Zoom for Government
on _____ **at** _____ **A.M**. If you wish to appear at the
hearing, please review Norfolk and Newport News Standing Order No. 20-4,
available on the Court's website, for more information on how to appear at
the hearing remotely.

Please refer to PROTOCOL EXHIBIT 2 for instructions on appearing at the
hearing.
To Appear for your hearing, you must email a completed PDF-fillable request
for (the "Zoom Request Form"), available on the Court's website at

https://www.vaeb.uscourts.gov/sites/vaeb/files/ZoomRegistration.pdf to:
EDVABK-ZOOM-Chief_Judge_Santoro@vaeb.uscourts.gov

This form must be emailed NO LATER THAN 2 BUSINESS DAYS PRIOR TO
THE SCHEDULED HEARING.

If you or your attorney do not take these steps, the Court may decide that you do not
oppose the relief sought and may enter an order granting that relief.

**A JURY TRIAL IS REQUESTED**

Respectfully submitted,
ELIZA SOSA

By:_____          DATED: 2 /23 /2022

E. Wayne Powell, Esq. (VSB# 19550)
Powell Law Group, P.C.
14407 Justice Rd.
Midlothian, VA 23113
P: 804-794-4030
F: 804-794-6576
wpowell@ewplg.com
*Counsel for Eliza Sosa (Creditor)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February 2022, I caused a true and correct copy of the

foregoing document to be electronically filed with the Clerk of this Court using the CM/ECF system, and

such notification will be sent to all parties on the service list, including:

Christina D. DeGuzman, Esq.
DeGuzman Law PLLC
JANAF Office Building
5900 E. Virginia Beach Blvd, Suite 507
Norfolk, Virginia 23502
*Counsel for Debtor*

R. Clinton Stackhouse, Jr, Esq.
Chapter 13 Trustee
7021 Harbour View Bvld. Suite 101
Suffolk, Virginia 23435

John P. Fitzgerald, III, Esq.
US Trustee
Office of the US Trustee, Region 4-NN
200 Granby Street, Room 625
Norfolk, Virginia 23510

Miguel Angel Sosa Avila
253 Beauregard Heights
Hampton, VA 23669
*Debtor (Notified via First-Class Mail, Pre-Paid)*

_____
Wayne Power, Esq. VSB 19550

## LIST OF EXHIBITS

| Exhibit# | Date | Description |
| --- | --- | --- |
| 1 | 12/31/2003 | List of Heirs |
| 2 | 07/03/2003 | Certificate Appointing Michelle Sosa Administratrix |
| 3 | 01/292004 | Hunton & Williams Check No. 3336 for $300,000.00 |
| 4 | 02/09/2015 | Complaint in the City of Hampton Circuit Court |
| 5 | 03/26/2018 | Order For Default Judgement |
| 6 | 04/09/2018 | Docketed Judgment Lien |
| 7 | 02/28/2019 | Complaint in the Circuit Court of Hampton to Appoint a Commissioner in Chancery |
| 8 | 06/05/2020 | Motion For Decree of Reference |
| 9 | 08/12/2020 | Chancery Decree of Reference |
| 10 | 06/14/2021 | Report of Commissioner |
| 11 | 12/06/2021 | Motion for Decree Confirming Commissioner's Report and Ordering Sale |

# EXHIBIT 1

0300

PLAINTIFF'S EXHIBIT

1

## LIST OF HEIRS
COMMONWEALTH OF VIRGINIA

Case No.: __03-651__

Hampton Circuit Court

__JUAN MANUEL SOSA__
NAME OF DECEDENT

__May 28, 2003__
DATE OF DEATH

I/We, the undersigned, hereby state under oath that the following are all of the heirs of the Decedent:

| NAMES OF HEIRS | ADDRESSES | RELATIONSHIP | AGE |
|---|---|---|---|
| ELIZA SOSA | PRIVADA REFORMA 323 COLONY CASCAJAL 89290 TAMPICO, MEXICO | WIFE | 40 |

I/we am/are (please check one):

☐ Proponent(s) of the will (no qualification)

☒ Personal representative(s) of the decedent's estate

☐ Heir-at-law of intestate decedent (no qualification within 30 days following death)

Given under my/our hand this third day of July, 2003
DATE

__MICHELLE SOSA__
PRINTED NAME OF SUBSCRIBER

_Michelle Sosa_
SIGNATURE OF SUBSCRIBER

PRINTED NAME OF SUBSCRIBER

SIGNATURE OF SUBSCRIBER

PRINTED NAME OF SUBSCRIBER

SIGNATURE OF SUBSCRIBER

State of Virginia

Hampton, to-wit:

Subscribed and sworn to before me by MICHELLE SOSA

this third day of July, 2003

My commission expires: .................. December 31, 2003

CLERK/DEPUTY CLERK/NOTARY PUBLIC

VIRGINIA: In the Clerk's Office of the Hampton Circuit Court this third day of July, 2003
the foregoing LIST OF HEIRS was filed and admitted to record.

Teste: __James P. Bohnaker__
CLERK

by _____, Deputy Clerk

FORM CC-1611 (w) (MASTER) PC 12/98
VA. CODE § 64.1-134

I certify that the document to which
this authentication is affixed is a
true copy of an original record in
the Hampton Circuit Court, that I
have the custody of the record and I
am the custodian of that record.

Linda Batchelor Smith, Clerk
By
Deputy Clerk

# **<u>EXHIBIT 2</u>**



PLAINTIFF'S
EXHIBIT
2

# CERTIFICATION OF OFFICIAL RECORD

Case No. 2003-278
AKA   2003-651

Va. Code §§8.01-389 & 8.01-391; U.S. Const. Art. IV, Sec. 1; 28 U.S.C. § 1738

HAMPTON _____ Virginia, Circuit Court

### Clerk's Attestation

I, the Clerk of this Court, attest that the annexed

INTESTATE ORDER OF THE ESTATE OF JUAN MANUEL SOSA, DECEASED, DULY
RECORDED IN THIS OFFICE ON JULY 3, 2003 AS INSTRUMENT NO. 030001079, PAGE 1, AND A
LIST OF HEIRS RECORDED IN THIS OFFICE ON JULY 3, 2003 AS INSTRUMENT NO. 030001080,
PAGE 2, AND APPLICATION PAPER WORK.

DESCRIPTION OF ORIGINAL RECORD OR COPY

☐ is an official record of this Court in my custody.
☑ Is a true, correct and complete copy of an official record of this Court in my custody and I am the
custodian of that record. The annexed copy has been examined and compared with the original.

Given under my hand the seal of this Court on

June 4, 2014 _____
Date

_____ ,Deputy Clerk

LINDA BATCHELOR SMITH
TYPED NAME OF CLERK

### Judge's Certification

I, a Judge of this Court, certify that the above attestation of the duly qualified Clerk of this Court is in
proper form, and that the signature thereto is genuine.

June 4, 2014 _____
Date

_____ , Judge

WILFORD TAYLOR, JR.
TYPED NAME OF JUDGE

**Clerks of Virginia Courts:** When an original record or copy of a record is transmitted to another Va.
Court, only the clerk's attestation is required. When either an original record or copy is transmitted to a
court outside Virginia, both the clerk's attestation and the judge's certification are required.

**Clerks of Other Courts:** The above attestation, the affixing of the Court's seal, and the certificate meet
the requirements of 28 U.S.C. § 1738, entitling the record so attested and certified to full faith and credit.

030001079

PLAINTIFF'S
EXHIBIT
2

IN THE CLERK'S OFFICE OF THE CIRCUIT COURT FOR THE CITY OF HAMPTON, VIRGINIA, ON JULY 3RD, A.D. 2003

COURT FILE NO. 2003-278

IN RE: JUAN MANUEL SOSA, Deceased

It appearing that JUAN MANUEL SOSA, resided at 100 EAST CARROLL STREET, in the City of Hampton, Virginia, within the jurisdiction of this Court, and died intestate on May 28, 2003, on motion of MICHELLE SOSA, it is ORDERED that MICHELLE SOSA is hereby appointed administrator of the estate of JUAN MANUEL SOSA, deceased.

MICHELLE SOSA then appeared, made oath as the law directs, and acknowledged a bond as administrator in the penalty of $100.00. The bond, being payable and conditioned according to law, is ORDERED to be recorded.

Certificate is GRANTED MICHELLE SOSA for obtaining letter of administration upon the personal estate of JUAN MANUEL SOSA, in due form.

The statement of responsibilities required by Sec. 64.1-122.1, Code of Virginia was given to the Administrator. The written notice of probate referred to in Section 64.1-122.2, Code of Virginia, are not required in this estate pursuant to Sec. 64.1-122.2 (B).

Given under my hand this 3rd day of July, 2003.

JAMES P. BOHNAKER, CLERK

_____, Clerk

I certify that the document to which this authentication is affixed is a true copy of an original record in the Hampton Circuit Court. that I have the custody of the record and I am the custodian of that record.

Linda Batchelor Smith, Clerk

By _____
Deputy Clerk

# EXHIBIT 3

ESTATE OF JUAN MANUEL SOSA
2 Beverly Street
Hampton, VA 23669

**DEPOSIT TICKET**

DATE 1/29/04

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

**Bank of America.**

USE OTHER SIDE FOR
ADDITIONAL LISTING.
BE SURE EACH ITEM IS
PROPERLY ENDORSED.
TOTAL ITEMS

CURRENCY ▶
COIN ▶
CHECKS ▶     300 000

TOTAL FROM
OTHER SIDE

$     300 00 00

⑆540530108⑆ 004 130 28 29 27⑈

---

**HUNTON&
WILLIAMS**

ESCROW ACCOUNT
SUNTRUST CENTER
SUITE 1000
500 EAST MAIN STREET
NORFOLK, VIRGINIA 23510
TEL 757 - 640 - 5300

68-34/514

3336

| DATE | INVOICE | AMOUNT |
|---|---|---|
| 01/27/04 | Z-V0127 | 300,000 00 |
| | | |
| | | 300,000 00 |

PAY Three Hundred Thousand and no/100

MEMO

TO THE ORDER OF

Michelle Sosa, as Administrator of
the Estate of Juan Manuel Sosa

| DATE | CHECK AMOUNT |
|---|---|
| 01/27/04 | 300 000 00 |

HUNTON&
WILLIAMS   VOID AFTER 90 DAYS

DOLLARS

**SUNTRUST**   NORFOLK,
VIRGINIA

⑈003336⑈ ⑆051400345⑆ 000524780⑈

# **EXHIBIT 4**

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF HAMPTON

| | | |
|---|---|---|
| **CRUZ ELISA MATILDE DE SOSA** | ) | |
| **AKA ELIZA SOSA,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:** _____ |
| | ) | |
| **MICHELLE IRENE SOSA,** | ) | |
| **Administratix for the Estate of** | ) | |
| **Juan Manuel Sosa Avila, and** | ) | |
| | ) | |
| **MIGUEL SOSA AVILA,** | ) | |
|     **Defendants.** | ) | |

## COMPLAINT

COMES NOW the Plaintiff, by Counsel, and states his Complaint against the Defendants as follows:

## PARTIES

1.  The Plaintiff, Cruz Elisa Matilde de Sosa, ("Eliza Sosa") is the widow of Juan Manuel Sosa Avila ("Juan Sosa") and is a resident of Mexico.  Pursuant to Virginia Code § 64.2-200(A)(1), Eliza Sosa is the intestate successor of Juan Sosa's Estate. ("The Estate').

2.  Both Defendants are residents of Hampton, VA.

    A.  Miguel Angel Sosa Avila, ("Miguel Sosa") was the brother of the decedent and was married to Michelle Sosa at the time of the events described in the Complaint.

    B.  Michelle Irene Sosa, ("Michelle Sosa") was qualified as Administratrix to the Estate of Juan Sosa Avila on July 3rd, 2003. (Exhibit 1 attached)

## JURISDICTION AND VENUE

3.  Paragraphs 1-2 are incorporated by reference to this section of the Complaint.

4. All the events of this Complaint took place in the City of Hampton.

5. Jurisdiction is proper under Virginia Code § 8.01-328.1(6), because the Defendants' tortious acts and omissions took place while they resided in Hampton, Virginia.

6. Under Virginia Code § 8.01-262(4), venue is proper, because the causes of action listed in the Complaint arose in Hampton. The Defendants reside in Hampton where the Defendant Michelle Sosa qualified as Administratrix and where Juan Sosa lived at the time of his death.

## FACTS

7. Paragraphs 1 through 6 are incorporated by reference to this Section of the Complaint.

8. Juan Sosa worked as a fisherman and died in course of employment on May 28th, 2003, as a result of a commercial fishing accident. Juan Sosa died intestate, and left Eliza Sosa as his heir at law. This heir was listed by the Administratrix in her qualification papers. (See Exhibit 1). At the time of his death, Juan Sosa's widow resided in Mexico.

9. Pursuant to the law of intestate succession, Juan Sosa surviving widow inherited his Estate. *See* Va. Code § 64.2-201. When Juan Sosa died, based on U.S. immigration law and a lack of funds for travel, Eliza Sosa was unable to come to the U.S. in order to qualify as the Administratrix of the Estate of her husband. Under these circumstances, Michelle Sosa assumed the duties of Administratrix.

10. When he was not away for his job, Juan Sosa lived with his brother Miguel Sosa. Following Juan Sosa's death, Miguel Sosa and his wife, Michelle Sosa, took charge of Juan Sosa's personal affairs. After Michelle Sosa became the Administratrix of Juan Sosa's Estate in Hampton, Michelle Sosa named Eliza Sosa as heir at law of Juan Sosa's Estate which she valued at less than $10,000. (See Exhibit 1.) This exempted her from the bond. (See Exhibit 2.)

11. Based on information and belief, on January 27th 2004, as part of an insurance payout resulting from Juan Sosa's death, the law firm of Hunton & Williams issued a three-hundred thousand dollars ($300.000.00) check to Michelle Sosa payable to the Estate account in the Bank of America in Norfolk, Virginia. (See Exhibit 3).

12. As Administratrix, Michelle Sosa received the check and deposited it into the Estate Account, but failed to disperse any of the money to the Plaintiff as the heir of the decedent. To date, Michelle Sosa has:

    A. Taken $50,000.00 from the Estate and bought a truck for Miguel Sosa;

    B. Never filed an accounting of the $50,000.00 expenditure; and

    C. Failed to indicate in any Estate disclosure and failed to file the required accounting for the remaining $250,000.00.

13. Based on information and belief, the Plaintiff alleges that Michelle Sosa and Miguel Sosa enriched themselves by using the proceeds of the Estate for their own benefit to purchase personal and real estate properties in Hampton.

14. The Estate remains in probate and probate has not been completed at the time of the filing of this lawsuit.

## COUNT ONE
## CONVERSION BY MICHELLE SOSA AND MIGUEL SOSA

15. Paragraphs 1-14 are incorporated by reference to Count One.

16. Pursuant to § 64.2-200, the law regarding interstate succession, Michelle Sosa had an expectancy and interest in the $300,000.00 check deposited in Juan Sosa's Estate account. There has never been disclosure of the $300,000.00 deposit by defendant Michelle Sosa and she hasn't accounted for any disbursements in the estate.

17. Defendants Michelle and Miguel Sosa wrongfully deprived Plaintiff of her interest in the Estate when they bought a $50,000.00 truck using money from The Estate funds.

18. Based on information and belief, Michelle and Miguel Sosa further benefited from the purchase of several properties in Hampton from the use of the $300,000.00 from the Estate.

19. Defendants Michelle and Miguel Sosa consciously disregarded the Plaintiff's rights as a beneficiary. The Defendants conduct reflects actual malice to deprive Plaintiff of her interests in the Estate.

## COUNT TWO
## FIDUCIARY CONVERSION BY ADMINSTRATRIX

20. Paragraphs 1-19 are incorporated by reference to Count Two.

21. Pursuant to § 64.2-200 on intestate Estate succession, Michelle Sosa had an expectancy and an interest over the $300,000.00 of Juan Sosa's Estate.

22. Administratrix Michelle Sosa wrongfully deprived Plaintiff of her interest in the Estate when she diverted and converted the $300,000.00 from the Estate and used it to purchase personal and real property, including a truck she purchased for Miguel Sosa. Michelle Sosa further failed to account for the $300,000.00 or any part of this amount in any report to the Commissioner of Accounts as required by Virginia Code § 64.2-200.

23. Based on information and belief, Michelle Sosa used the funds to purchase personal and real properties in and around Hampton or in other locales for her sole use, or the use of her husband Miguel Sosa.

24. Despite her fiduciary duty to the heir of the Estate, Administratrix Michelle Sosa consciously disregarded the Plaintiff's rights as the sole beneficiary of Juan Sosa's Estate. The Defendants' conduct reflects actual malice to deprive Plaintiff of her interest in the Estate.



4

## COUNT THREE
## FRAUD BY ADMINISTRATIX

25.   Paragraphs 1-24 are incorporated by reference to Count Three.

26. Administratrix Michelle Sosa made false representations and further suppressed information
    about the status of the Estate of Juan Sosa from the Plaintiff.

27. Michelle Sosa had knowledge of material facts that pertained to the disposition of the
    $300,000.00 in which the Plaintiff had an interest as the sole intestate successor to the Estate.

28. Michelle Sosa intentionally and knowingly suppressed information about the status of the
    Estate with the intent to mislead the Plaintiff about the value of the Estate and the Plaintiff's
    entitlement to the proceeds of the $300,000.00 check.

29. Plaintiff reasonably relied on Michelle Sosa who had the duty to the Plaintiff to fulfill her
    duties as an Administratrix with regards to the Estate and to disclose all necessary material
    information to the Plaintiff as Administratrix of the Estate.  Because the Plaintiff was a
    citizen and resident of Mexico, she was required to rely on the competent performance of
    Michelle Sosa's duties as Administratrix of the Estate.

30. As a result of Michelle Sosa's fraud, Plaintiff did not receive any of the proceeds of the
    $300,000.00 of the decedent's Estate.

## COUNT FOUR
## BREACH OF FIDUCIARY DUTY

31. Paragraphs 1-30 are incorporated by reference to Count Four.

32. When Michelle Sosa became the Administratrix of the Estate, she undertook a fiduciary duty
    to the Estate and its beneficiary to fully appraise and disclose the assets of the Estate to the
    heir at law and to distribute the assets of the Estate to the rightful heir pursuant to the law
    pertaining to intestate succession.



33. Michelle Sosa breached her fiduciary duties to the Plaintiff in so far as she: (A) failed to disclose or distributed the assets of the Estate to the Plaintiff; (B) concealed the status of the Estate from the Plaintiff, specifically the status of the $300,000.00, (C) failed to disclose the disposition of those funds; and (D) failed to disclose the particular manner in which Michelle Sosa personally benefited from the funds by taking the money for her own use and for the use and benefit of her husband, Miguel Sosa.

## COUNT FIVE
## PUNATIVE DAMAGES

34. Paragraphs 1 to 33 are incorporated by reference to Count Five.

35. The actions taken by the Defendant Michelle Sosa in this lawsuit rise to the level of egregiousness by her: (1) failure to disclose the Estates assets; (2) failure to distribute the Estate's assets in accordance with the law; (3) and her actions of concealing the disposition of the Estate's assets that her actions shock the conscience of reasonable people and show willful and wanton disregard for the rights of the rightful heir and beneficiary of the assets of the Estate, Eliza Sosa.

36. Likewise, the Administratrix and the Defendant Miguel Sosa showed willful and wanton disregard for the rights of the rightful heir of the Estate, Eliza Sosa.

37. Accordingly, based on the acts and omissions of the Defendants, the Plaintiff seeks judgment against the Defendants, jointly and severally, for punitive damages in the amount of three-hundred and fifty thousand dollars ($350,000.00).

## CONCLUSION

WHEREFORE, the Plaintiffs prays that this Court grant judgment against Defendants Miguel Sosa and Michele Sosa, jointly and severally, in the amount of $300,000.00 in compensatory damages plus her costs and fees in pursuing this action, and any further relief as

equity may require.  Furthermore the Plaintiff assets that Michelle Sosa and Miguel Sosa's

conduct shocks the conscience and they acted in such a willful and wanton manner in

disregarding the rights of the Plaintiff, that they should be liable jointly and severally to pay

punitive damages in the amount $350,000.00 in addition to the compensatory damages sought.

**TRIAL BY JURY IS REQUESTED.**

Respectfully Submitted,

CRUZ ELIZA MATILDE DE SOSA,
AKA ELIZA SOSA

By: _____
            Counsel

Wayne Powell, Esq. (VSB No.: 19550)
Megan L. Miles, Esq. (VSB No.: 84214)
Powell Law Group, PC
14407 Justice Road
Midlothian, Virginia 23113
Telephone: (804) 794-4030
Fax: (804) 794-6576

0300

PLAINTIFF'S
EXHIBIT
1

## LIST OF HEIRS
### COMMONWEALTH OF VIRGINIA

Case No.: __03-651__

Hampton Circuit Court

__JUAN MANUEL SOSA__
NAME OF DECEDENT

__May 28, 2003__
DATE OF DEATH

I/We, the undersigned, hereby state under oath that the following are all of the heirs of the Decedent:

| NAMES OF HEIRS | ADDRESSES | RELATIONSHIP | AGE |
|---|---|---|---|
| ELIZA  SOSA | PRIVADA REFORMA 323 COLONY CASCAJAL 89290 TAMPICO, MEXICO | WIFE | 40 |

I/we am/are (please check one):

☐ Proponent(s) of the will (no qualification)

☒ Personal representative(s) of the decedent's estate

☐ Heir-at-law of intestate decedent (no qualification within 30 days following death)

Given under my/our hand this third day of July, 2003
DATE

__MICHELLE SOSA__
PRINTED NAME OF SUBSCRIBER

_Michelle Sosa_
SIGNATURE OF SUBSCRIBER

PRINTED NAME OF SUBSCRIBER

SIGNATURE OF SUBSCRIBER

PRINTED NAME OF SUBSCRIBER

SIGNATURE OF SUBSCRIBER

State of Virginia

Hampton, to-wit:

Subscribed and sworn to before me by MICHELLE  SOSA

this third day of July, 2003

My commission expires: ............... _December 31, 2003_

_Geo P. Bo_
CLERK/DEPUTY CLERK/NOTARY PUBLIC

VIRGINIA:  In the Clerk's Office of the Hampton Circuit Court this third day of July, 2003
the foregoing LIST OF HEIRS was filed and admitted to record.

Teste:  __James P. Bohnaker__
CLERK

by _Geo P. Bo_, Deputy Clerk

FORM CC-1611 (w) (MASTER) PC 12/98
VA. CODE § 64.1-134

I certify that the document to which
this authentication is affixed is a
true copy of an original record in
the Hampton Circuit Court, that I
have the custody of the record and I
am the custodian of that record.

Linda Batchelor Smith, Clerk
By _Dorothy A. Hook_
Deputy Clerk



PLAINTIFF'S EXHIBIT
2

# CERTIFICATION OF OFFICIAL RECORD

Case No. 2003-278
AKA   2003-651

Va. Code §§8.01-389 & 8.01-391; U.S. Const. Art. IV, Sec. 1; 28 U.S.C. § 1738

HAMPTON _____ Virginia, Circuit Court

## Clerk's Attestation

I, the Clerk of this Court, attest that the annexed

INTESTATE ORDER OF THE ESTATE OF JUAN MANUEL SOSA, DECEASED, DULY
RECORDED IN THIS OFFICE ON JULY 3, 2003 AS INSTRUMENT NO. 030001079, PAGE 1, AND A
LIST OF HEIRS RECORDED IN THIS OFFICE ON JULY 3, 2003 AS INSTRUMENT NO. 030001080,
PAGE 2, AND APPLICATION PAPER WORK.

DESCRIPTION OF ORIGINAL RECORD OR COPY

☐ is an official record of this Court in my custody.

☑ Is a true, correct and complete copy of an official record of this Court in my custody and I am the
custodian of that record. The annexed copy has been examined and compared with the original.

Given under my hand the seal of this Court on

June 4, 2014
Date

_____ ,Deputy Clerk

LINDA BATCHELOR SMITH
TYPED NAME OF CLERK

## Judge's Certification

I, a Judge of this Court, certify that the above attestation of the duly qualified Clerk of this Court is in
proper form, and that the signature thereto is genuine.

June 4, 2014
Date

_____ , Judge

WILFORD TAYLOR, JR.
TYPED NAME OF JUDGE

**Clerks of Virginia Courts:** When an original record or copy of a record is transmitted to another Va.
Court, only the clerk's attestation is required. When either an original record or copy is transmitted to a
court outside Virginia, both the clerk's attestation and the judge's certification are required.

**Clerks of Other Courts:** The above attestation, the affixing of the Court's seal, and the certificate meet
the requirements of 28 U.S.C. § 1738, entitling the record so attested and certified to full faith and credit.

030001079

PLAINTIFF'S
EXHIBIT

2

IN THE CLERK'S OFFICE OF THE CIRCUIT COURT FOR THE CITY OF HAMPTON, VIRGINIA, ON JULY 3RD, A.D. 2003

COURT FILE NO. 2003-278

IN RE:  JUAN MANUEL SOSA, Deceased

It appearing that JUAN MANUEL SOSA, resided at 100 EAST CARROLL STREET, in the City of Hampton, Virginia, within the jurisdiction of this Court, and died intestate on May 28, 2003, on motion of MICHELLE SOSA, it is ORDERED that MICHELLE SOSA is hereby appointed administrator of the estate of JUAN MANUEL SOSA, deceased.

MICHELLE SOSA then appeared, made oath as the law directs, and acknowledged a bond as administrator in the penalty of $100.00. The bond, being payable and conditioned according to law, is ORDERED to be recorded.

Certificate is GRANTED MICHELLE SOSA for obtaining letter of administration upon the personal estate of JUAN MANUEL SOSA, in due form.

The statement of responsibilities required by Sec. 64.1-122.1, Code of Virginia was given to the Administrator. The written notice of probate referred to in Section 64.1-122.2, Code of Virginia, are not required in this estate pursuant to Sec. 64.1-122.2 (B).

Given under my hand this 3rd day of July, 2003.

JAMES P. BOHNAKER, CLERK

_____, Clerk

I certify that the document to which this authentication is affixed is a true copy of an original record in the Hampton Circuit Court, that I have the custody of the record and I am the custodian of that record.

Linda Batchelor Smith, Clerk

By _____

Deputy Clerk

Estate of Juan M. Sosa
2 Brealty Street
Hampton, VA 23669

USE CHECKS SINGLY OR ATTACHED

CURRENCY ►

COIN ►

CHECKS ► 300 000 00

### DEPOSIT TICKET

DATE 1/27/04

USE OTHER SIDE FOR
ADDITIONAL LISTING.
BE SURE EACH ITEM IS
PROPERLY ENDORSED.

TOTAL ITEMS

Bank of America

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS
OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

TOTAL FROM
OTHER SIDE ►

$          300 000 00

⑆540530408⑆ 004130282927⑈

---

### HUNTON & WILLIAMS

ESCROW ACCOUNT
SUNTRUST CENTER
SUITE 1000
500 EAST MAIN STREET
NORFOLK, VIRGINIA 23510
TEL 757 · 640 · 5300

| DATE | INVOICE | AMOUNT | |
|------|---------|--------|---|
| 01/27/04 | E-V0127 | 300000 | 00 |
| | | | |
| | | | |
| | | 300000 | 00 |

68-34/514

3336

PAY    Three Hundred Thousand and no-100

MEMO

TO THE ORDER OF

Michelle Sosa, as Administrator of
the Estate of Juan Manuel Sosa

| DATE | CHECK AMOUNT |
|------|--------------|
| 01/27/04 | 300 0·00 00 |

HUNTON &
WILLIAMS    VOID AFTER 90 DAYS

SunTrust    NORFOLK,
VIRGINIA

⑈003336⑈ ⑆051400345⑆ 000524780⑈

PLAINTIFF'S
EXHIBIT
3

# EXHIBIT 5

VIRGINIA:

## IN THE CIRCUIT COURT OF THE CITY OF HAMPTON

CRUZ ELISA MATILDE DE SOSA,  )
AKA ELIZA SOSA,      )
  Plaintiff,        )
             )
v.             )  Case No.: CL15-306
             )
MICHELLE IRENE SOSA,    )
Administratrix for the Estate of  )
Juan Manuel Sosa Avila,    )
             )
and            )
             )
MIGUEL SOSA AVILA,     )
  Defendants.       )

## ORDER FOR DEFAULT JUDGMENT

COMES BEFORE THE COURT this date the plaintiff, Cruz Elisa Matilde de Sosa

("Eliza Sosa"), by counsel, pursuant to Rule 3:19 of the Rules of the Supreme Court of Virginia

and pursuant to the Plaintiff's Motion for this Court to enter Default Judgment against Defendant

Miguel Sosa Avila, ("Avila") for the reasons set forth below:

  1.  On February 9, 2015, the Plaintiff filed her Complaint in this Court against

Michelle Irene Sosa and Avila. (See Ex. 1)

  2.  Personal service effected on Sosa and Avila on January 21, 2016 and January 28,

2016, respectively.

  3.  Only Defendant Michelle Irene Sosa answered the Complaint in a letter sent to

the Court, a copy of which was delivered to Plaintiff's Counsel on October 27; 2016.

  4.  The Plaintiff has alleged that Defendant Avila converted the $300,000 payment

made to the estate of Juan M. Sosa to his own use and has sought judgment against him and his

wife, the administrator, jointly and severally, Avila has never responded to the Complaint.

Accordingly, given the evidence of liquidated damages of $300,000 payment to the

Estate of Juan Manuel Sosa to which he was given which he allegedly converted to his own use,

the COURT HEREBY GRANTS THE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT.

Further, the Court ORDERS judgment against the defendant Avila in the amount of $300,000

with interest from February 5, 2004 as well as the costs expended on behalf of the plaintiff.

ENTERED: 3 26 18

_____
JUDGE

WE ASK FOR THIS:

_____
E. Wayne Powell, Esquire (VSB No.: 19550)
POWELL LAW GROUP, P.C.
14407 Justice Road
Midlothian, Virginia 23113
Telephone: (804) 794-4030
Facsimile: (804) 794-6576
Email: wpowell@ewplg.com
*Counsel for Plaintiff*

2018 MAR 26 AM 10: 57
FILED

I certify that the document to which
this authentication is affixed is a true
copy of an original record in the
Hampton Circuit Court, that I have the
custody of the record and I am the
custodian of that record.

LINDA BATCHELOR SMITH, CLERK

By _____
Deputy Clerk

# **EXHIBIT 6**

757-728-3505                    Fax:757-728-3505                    Sep 13 2019 09:21am    P001



# City of Hampton
## Office of the Clerk
## Hampton Circuit Court
**Linda Batchelor Smith, Clerk**
P. O. Box 40
237 N. King Street • Hampton, VA 23669-0040
Telephone (757) 727-6105
Fax (757) 728-3605



To:  E. Wayne Powell, Esquire

| Fax Number: (804) 794-6576 | Date:    September 13, 2019 |
| --- | --- |
| Re:  Cruz Elisa Matilde De Sosa vs. Michelle Sosa and Miguel Avila CL15-306 | No. Of Pages (Including cover sheet)  2 |
| FROM: Zyvonne Byrd | Contact Number: (757) 728-2438 |

This office is in receipt of you letter regarding the default judgment entered in this matter on March 26, 2018.  Upon review of the file, it has been verified that the original order is, in fact, lodged in the file.  The judgment was docketed on April 9, 2018.  I have included a copy of such with this response.

If you have any further questions, please feel free to contact me at the above number.

08:46:25 a.m. 09-13-2019 757-728-3505 Fax: 757-728-3505 Sep 13 2019 09:21am P002

# CIVIL JUDGMENT

18-1320

## CIVIL NO.: CL15-306

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| CRUZ ELISA MATILDE DE SOSA, AKA ELIZA SOSA | MICHELLE IRENE SOSA, ADMINISTRATRIX FOR THE ESTATE OF JUAN MANUEL SOSA AVILA AND MIGUEL SOSA AVILA |
| | SSN : |
| | DOB |
| Attorney: E. Wayne Powell, Esquire | Attorney: |
| Judgment Date: March 26, 2018 | Date Docketed | Time Docketed: |
| Court in which rendered? Circuit Court | Hmstd? |

Amount of Judgment:

Judgment awarded against defendant, Miguel Sosa Avila in the amount of $300,000 with interest from 02/05/04 and costs expended on behalf of the plaintiff.

| | Costs |
|---|---|

| Payment or Discharge and By Whom | Date | Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

## EXECUTIONS

| Date | Nature | To Whom It May Concern | Return Date | Nature of Return | Additional |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

FILED

2018 APR -9 AM 10: 21

LINDA BATCHELOR SMITH, CLERK
CIRCUIT COURT CLERK'S OFFICE
CITY OF HAMPTON VA

# EXHIBIT 7

**VIRGINIA:**

## IN THE CIRCUIT COURT OF THE CITY OF HAMPTON

| | |
|---|---|
| CRUZ ELISA MATILDE DE SOSA, ) | |
| AKA ELIZA SOSA, ) | |
|     *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | **Case No.:** _____ |
| MICHELLE IRENE SOSA, ) | |
| An Individual, ) | |
|     and ) | |
| MIGUEL SOSA AVILA, ) | |
| AKA MIGUEL A. SOSA, ) | |
| An Individual, ) | |
|     and ) | |
| SAMUEL I. WHITE, P.C., ) | |
| Trustee, ) | |
|     and ) | |
| NECTAR PROJECTS INC., ) | |
| Trustee, ) | |
|     and ) | |
| EQUITY TRUSTEES, LLC, ) | |
| Trustee, ) | |
|     and ) | |
| PRLAP, INC., ) | |
| Trustee, ) | |
|     and ) | |
| MIDLAND FUNDING LLC, ) | |
| Judgment Creditor, ) | |
|     and ) | |
| TIDEWATER FAMILY HEALTH ) | |
| CENTERS LTD., ) | |
| Judgment Creditor, ) | |
|     and ) | |
| FEDERAL NATIONAL MORTGAGE ) | |
| ASSOCIATION, ) | |
| Creditor, ) | |
|     and ) | |
| BANK OF AMERICA, N.A., ) | |
| Creditor, ) | |
|     and ) | |
| SELECT PORTFOLIO SERVICING, ) | |
| INC., ) | |
| Creditor, ) | |
|     *Defendants.* ) | |

## COMPLAINT

COMES NOW, Cruz Elisa Matilde de Sosa, also known as Eliza Sosa, hereinafter "the Plaintiff", by and through Counsel, and respectfully represents unto this Court the following:

1. The Plaintiff obtained judgment against Defendants Michelle Irene Sosa and Miguel Sosa Avila, also known as Miguel A. Sosa, ("Defendant Debtors") in the Circuit Court of the City of Hampton in the amount of $300,000.00 plus interest from February 5, 2004, at the judgment rate of interest of 6% per annum until paid, and costs. Defendants jointly and severally now owe to Plaintiff $571,704.21 as of February 11, 2019.

2. The judgment against Defendant Debtor Michelle Irene Sosa was obtained on July 31, 2017, and was recorded in the City of Hampton Clerk's office on August 7, 2017, with a judgment reference number 17-2511. *See Exhibit A.*

3. The judgment against Defendant Debtor Miguel Sosa Avila was obtained on March 26, 2018, and was recorded in the City of Hampton Clerk's office on April 9, 2018, with a judgment reference number 18-1321. *See Exhibit B.*

4. The Defendant Debtor Miguel A. Sosa is seized and possessed of a certain tract of land, with improvements thereon, situated in the City of Hampton, Virginia, commonly known as 253 Beauregard Heights, Hampton, Virginia 23669, which is also the address for tax mailings ("Property One"). Property One is more particularly described in *Exhibit C.*

5. Defendant Samuel I. White, P.C. is a Trustee for the Deed of Trust acquired on Property One by Defendant creditor Federal National Mortgage Association, dated July 17, 2013, and recorded August 13, 2013 in the Clerk's Office, Circuit Court of the City of Hampton, Virginia, Instrument number 080011400; the Deed of Trust being a lien on the

realty as described above in paragraph four, to secure the payment of a note in the

principal sum of $203,100.00. *See Exhibit D.*

6.     The Defendant Debtor Miguel A. Sosa is seized and possessed of a certain tract of land,

with improvements thereon, situated in the City of Hampton, Virginia, commonly known

as 1269 North King Street, Hampton, Virginia 23669, which is also the address for tax

mailings ("Property Two"). Property Two is more particularly described in *Exhibit E.*

7.     Defendant Nectar Projects, Inc. is a Trustee for the Deed of Trust acquired on Property

Two by Defendant creditor Select Portfolio Servicing, Inc., dated August 14, 2006, and

recorded August 15, 2006 in the Clerk's Office, Circuit Court of the City of Hampton,

Virginia, Instrument number 060019562; the Deed of Trust being a lien on the realty as

described above in paragraph four, to secure the payment of a note in the principal sum of

$124,000.00. *See Exhibit F.*

8.     The Defendant Debtor Miguel A. Sosa is seized and possessed of a certain tract of land,

with improvements thereon, situated in the City of Hampton, Virginia, commonly known

as 400 Cedar Drive, Hampton, Virginia 23666 ("Property Three"). Property Three is

more particularly described in *Exhibit G.*

9.     Defendant Equity Trustees, LLC, is a Trustee for a credit line Deed of Trust acquired on

Property Three by Defendant creditor Bank of America, N.A., dated June 5, 2006, and

recorded August 11, 2006 in the Clerk's Office, Circuit Court of the City of Hampton,

Virginia, Instrument number 060020935; the credit line Deed of Trust being a lien on the

realty as described above in paragraph four, to secure the payment of a note in the

principal sum of $70,000.00. *See Exhibit H.*

10.     The Defendant Debtor Miguel A. Sosa is seized and possessed of a certain tract of land,
        with improvements thereon, situated in the City of Hampton, Virginia, commonly known
        as 112 Beverly Street, Hampton, Virginia 23669 ("Property Four"). Property Four is
        more particularly described in *Exhibit I.*

11.     Defendant PRLAP, Inc., is a Trustee for a credit line Deed of Trust acquired on Property
        Four by Defendant creditor Bank of America, N.A., dated June 5, 2006, and recorded
        August 9, 2006 in the Clerk's Office, Circuit Court of the City of Hampton, Virginia,
        Instrument number 060020687; the credit line Deed of Trust being a lien on the realty as
        described above in paragraph four, to allow for an open line of credit up to a limit of
        $90,000.00. *See Exhibit J.*

12.     The Defendant Debtor Miguel A. Sosa is seized and possessed of a certain tract of land,
        with improvements thereon, situated in the City of Hampton, Virginia, commonly known
        as 329 Walnut Street, Hampton, Virginia 23669 ("Property Five"). Property Five is more
        particularly described in *Exhibit K.*

13.     The above-described real estate in paragraphs four, six, eight, ten, and twelve (Properties
        One, Two, Three, Four, and Five) is encumbered by a lien, secondary in time to
        Plaintiff's lien on defendant debtors, from a judgment against Miguel Sosa Avila in the
        amount of $3,193.45 including costs but not including interest, recorded in the Hampton
        General District Court on July 17, 2018, with a judgment reference number 18-2642. The
        judgment creditor is Midland Funding LLC. *See Exhibit L.*

14.     The above described real estate in paragraph ten (Property Four) is encumbered by a lien
        created by a judgment against Michelle Irene Sosa in the amount of $1,686.25 including

costs and fees but not including interest, recorded in the Hampton General District Court

on May 8, 2003, with a judgment reference number 03-1676. The judgment creditor is

Tidewater Family Health Centers, Ltd. *See Exhibit M.*

15.    The above described real estate in paragraphs four, six, eight, ten and twelve is

unencumbered by any other Deed of Trust or judgment, except for the Deeds of Trust

described in paragraphs five and seven; the credit line Deeds of Trust described in

paragraphs nine and eleven; the judgment liens described in paragraphs thirteen and

fourteen; and the judgment of the Plaintiff herein.

16.    The rents and profits accrued by Property One, Two, Three, Four, and Five, if the same is

in fact rented, will not, within a five-year period, be sufficient to pay the lien against the

real estate. *See Exhibits N-1 through N-5, respectively.*

WHEREFORE the Plaintiff prays that the Court will appoint a Commissioner in

Chancery to take, make, and find all inquiries and accounts as directed by the Court herein, and

all orders and decrees be made and entered in this cause to enforce the lien of Plaintiff's

judgment against the subject real estate of the Defendant Debtors, and that if it shall appear that

the rents and profits from this realty will not satisfy the judgment of Plaintiff and other creditors

within a five-year period, that this real estate shall be sold to satisfy the judgment of the Plaintiff

and other lienholders named herein.

FURTHER, Plaintiff prays that the Court award attorney's fees and costs in connection

with the pursuit of this action, to include filing and service fees, title search fees, and the fees and

costs of the Commissioner in Chancery appointed herein, and that the Court award such other

relief as deemed just, necessary, and proper.

Respectfully Submitted,
CRUZ ELISA MATILDE DE SOSA

By: _____
Counsel

E. Wayne Powell, Esq. (VSB# 19550)
Powell Law Group, PC
14407 Justice Road
Midlothian, Virginia 23113-6902
Phone: (804) 794-4030
Facsimile: (804) 794-657

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Complaint was mailed first class, postage prepaid, this $\underline{26^{th}}$ day of February to the following:

MICHELLE IRENE SOSA, An Individual,
253 Beauregard Hts.,
Hampton, Virginia 23669;

MIGUEL SOSA AVILA, AKA MIGUEL A. SOSA, An Individual,
253 Beauregard Hts.,
Hampton, Virginia 23669;

William Adam White, Registered Agent for:
SAMUEL I. WHITE, P.C., Trustee,
5040 Corporate Woods Dr.,
Suite 120,
Virginia Beach, VA 23462;

Tina B. McDaniel, Registered Agent for:
NECTAR PROJECTS INC., Trustee,
1402 Ribbon Limestone Terrace SE
Leesburg, VA 20175;

Howard N. Bierman, Registered Agent for:
EQUITY TRUSTEES, LLC, Trustee,
2101 Wilson Blvd.,
Suite 1004,
Arlington, VA 22201;

CT Corporation System, Registered Agent for:
PRLAP, INC., Trustee,
4701 Cox Road,
Suite 285,
Glen Allen, VA 23060;

Corporation Service Company, Registered Agent for:
MIDLAND FUNDING LLC, Judgment Creditor
100 Shockoe Slip,
2nd Floor,
Richmond, VA 23219;

TIDEWATER FAMILY HEALTH CENTERS LTD., Judgment Creditor
P.O. Box 184,
White Marsh, VA 23183;

Ron Jean, Registered Agent for:
FEDERAL NATIONAL MORTGAGE ASSOCIATION, Creditor,
3900 Wisconsin Avenue NW,
Washington, D.C. 20016;

CT Corporation System, Registered Agent for:
BANK OF AMERICA, N.A., Creditor,
4701 Cox Road,
Suite 285,
Glen Allen, VA 23060;

Corporation Service Company, Registered Agent for:
SELECT PORTFOLIO SERVICING, INC., Creditor,
100 Shockoe Slip,
2nd Floor,
Richmond, VA 23219

E. Wayne Powell, Esq.

E. Wayne Powell, Esq. (VSB# 19550)
Powell Law Group, PC
14407 Justice Road
Midlothian, Virginia 23113-6902
Phone: (804) 794-4030
Facsimile: (804) 794-6576

VIRGINIA:

## IN THE CIRCUIT COURT OF HAMPTON COUNTY

CRUZ ELISA MATILDE DE SOSA,  )
AKA ELIZA SOSA,  )
        Plaintiff,  )
  )
v.  )    Case No.: CL15-306
  )
MICHELLE IRENE SOSA,  )
Administratrix for the Estate of  )
Juan Manuel Sosa Avila, and  )
  )
MIGUEL SOSA AVILA  )
        Defendants,  )

### ORDER

Comes now the plaintiff, by counsel, to argue his Motion for Summary Judgment

pursuant to Rule 3:20, against the administrator and defendant in the case, Michelle Irene Sosa,

*pro se* for the reasons set forth in the motion.  Accompanying the motion are the various exhibits

among which are Requests for Admission requesting that the defendant Michelle Irene Sosa

admit or deny that she did not disburse funds from a $300,000.00 check she received for the

Estate of the plaintiff's decedent, Juan Sosa, to the sole beneficiary, the plaintiff in this case, and

other requests which pertain to check and cash disbursements which were never distributed to the

plaintiff.

The court upon consideration of plaintiff's motion, with attachments and the parties

argument, takes these Requests for Admissions attached as exhibits and not answered by the

defendant Michelle Sosa, as admitted.  Accordingly, the Court finds the following:

1. Michelle Irene Sosa was qualified as administratrix of the estate of Juan M. Sosa, on

    July 3, 2004.


EXHIBIT
A

2. The defendant, Michelle Irene Sosa, deposited a check in the amount of $300,000 into the Estate Account of Juan Manuel Sosa Avila, on February 5, 2004.

3. Following the deposit of the check into the estate defendant Michelle Irene Sosa did not disburse or pay any of these funds to the statutory beneficiary, namely the plaintiff in this case, Eliza Sosa.

Based on these findings, the Court grants the Motion for Summary Judgment, and finds that there is no material fact genuinely in dispute, and that, accordingly, that the plaintiff, Eliza Sosa is entitled to the entry of an Order of Judgment against Michelle Sosa administratrix, in the amount of $300,000 plus interest dating from February 5, 2004, plus costs expended in this case.

IT IS SO ORDERED.

ENTER:

JUDGE

I ASK FOR THIS:

E. Wayne Powell, Esquire   (VSB # 19550)
Powell Law Group, P.C.
14407 Justice Road
Midlothian, VA  23113
Phone:  804-794-4030
Facsimile:  804-794-6576
wpowell@ewplg.com

SEEN & _____

_____   I object
Michelle Irene Sosa, *pro se*
253 Beauregard Heights
Hampton, VA 23669

I certify that the document to which
this authentication is affixed is a
true copy of an original record in
the Hampton Circuit Court, that I
have the custody of the record and I
am the custodian of that record.
Linda Batchelor Smith, Clerk
By _____
      Deputy Clerk

VIRGINIA:

## IN THE CIRCUIT COURT OF THE CITY OF HAMPTON

CRUZ ELISA MATILDE DE SOSA,       )
AKA ELIZA SOSA,       )
     Plaintiff,       )
            )
            )
v.       )     Case No.: CL15-306
            )
MICHELLE IRENE SOSA,       )
Administratrix for the Estate of       )
Juan Manuel Sosa Avila,       )
            )
and       )
            )
MIGUEL SOSA AVILA,       )
     Defendants.       )

## ORDER FOR DEFAULT JUDGMENT

COMES BEFORE THE COURT this date the plaintiff, Cruz Elisa Matilde de Sosa

("Eliza Sosa"), by counsel, pursuant to Rule 3:19 of the Rules of the Supreme Court of Virginia

and pursuant to the Plaintiff's Motion for this Court to enter Default Judgment against Defendant

Miguel Sosa Avila, ("Avila") for the reasons set forth below:

     1.     On February 9, 2015, the Plaintiff filed her Complaint in this Court against

Michelle Irene Sosa and Avila. (See Ex. 1)

     2.     Personal service effected on Sosa and Avila on January 21, 2016 and January 28,

2016, respectively.

     3.     Only Defendant Michelle Irene Sosa answered the Complaint in a letter sent to

the Court, a copy of which was delivered to Plaintiff's Counsel on October 27, 2016.

     4.     The Plaintiff has alleged that Defendant Avila converted the $300,000 payment

made to the estate of Juan M. Sosa to his own use and has sought judgment against him and his

wife, the administrator, jointly and severally, Avila has never responded to the Compla[...]

EXHIBIT
B
tabbies

Accordingly, given the evidence of liquidated damages of $300,000 payment to the

Estate of Juan Manuel Sosa to which he was given which he allegedly converted to his own use,

the COURT HEREBY GRANTS THE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT.

Further, the Court ORDERS judgment against the defendant Avila in the amount of $300,000

with interest from February 5, 2004 as well as the costs expended on behalf of the plaintiff.

ENTERED: _____

_____
JUDGE

WE ASK FOR THIS:

_____
E. Wayne Powell, Esquire (VSB No.: 19550)
POWELL LAW GROUP, P.C.
14407 Justice Road
Midlothian, Virginia 23113
Telephone: (804) 794-4030
Facsimile: (804) 794-6576
Email: wpowell@ewplg.com
*Counsel for Plaintiff*

2018 MAR 26 AM 10: 57
FILED

I certify that the document to which
this authentication is affixed is a true
copy of an original record in the
Hampton Circuit Court, that I have the
custody of the record and I am the
custodian of that record.

LINDA BATCHELOR SMITH, CLERK

By _____
Deputy Clerk

O80011399

Л80011399

*handwritten:* 0800l1399

ПБ 0544 ЈП 1603
*handwritten:* Current Deed

# Deed of
# Bargain and Sale

| | |
|---|---|
| Consid: | $260,000.00 Assessed Value: $298,500.00 |
| Tax ID: | 8003783 |
| Property: | 253 Beauregard Heights, Hampton, Virginia 23669 |
| Scrivener: | Lytle Law, PC, Newport News, Va. |

Title Insurance Underwriter: _Insured By_ _First American Title_
_Insurance Company_

This deed, dated June 5, 2008, is a Deed of Bargain and Sale from MICHAEL B. BLACK, II and MELISSA L. BLACK, husband and wife ("Grantors"), to MIGUEL A. SOSA, individually and separately ("Grantee"), and it provides that:

In consideration of the monetary amount noted above cash in hand paid and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Grantors do hereby bargain, sell, grant and convey, subject to such matters as are set out herein, with GENERAL WARRANTY AND ENGLISH COVENANTS OF TITLE, unto Grantee, to have and hold the property by Grantee as Grantee's separate property, the following described real property, to-wit:

The property is commonly known as **253 Beauregard Heights, Hampton, Virginia 23669**, which is also the address for tax mailings.

*handwritten:* Blk A should be Blk L

All that certain lot, piece or parcel of land situate, lying and being in the City of Hampton, Virginia, known and designated as Lot Numbered THIRTY-ONE (31), in Block "A", as shown on that certain plat entitled, "SECTION FOUR (4), WILLOW OAKS, HAMPTON, VIRGINIA", made by William Sours, Surveyor, dated August 1, 1968, and recorded in the Clerk's Office of the Circuit Court for the City of Hampton, Virginia, in Plat Book 6, at Page 55, to which plat reference is here made.

Together with all and singular the buildings and improvements thereon, the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining; subject, however, to all recorded easements, conditions, restrictions and agreements that lawfully apply to the property.

It being the same property conveyed unto the Grantors by instrument dated July 13, 2005 and recorded in the Clerk's Office aforesaid as Instrument Number 050018859, to which deed reference is here made.

Return To:
Lytle Title & Escrow, LLC
11801 Canon Blvd., Suite 101
Newport News, VA 23606
File Number _____ 05239C

_Deed of Bargain and Sale, Page 1 of 2_

EXHIBIT
tabbies
C

080011399    P30545 JUN 16 03

Witness the following signatures and seals:

Grantor:

_____

Michael B. Black, II

Commonwealth of Virginia:
City/County of Newport News to-wit:

Acknowledged before me this 10th day of June, 2008 by Michael B. Black, II.

_____
Notary Public

My commission expires:    5-31-2012    Registration No. 237093

CONNIE R. THOMAS
Notary Public
Commonwealth of Virginia
Reg. # 237093
My Commission Expires May 31, 2012

Grantor:

_____

Melissa L. Black

Commonwealth of Virginia:
City/County of Newport News to-wit:

Acknowledged before me this 10th day of June, 2008 by Melissa L. Black.

_____
Notary Public

My commission expires:    5-31-2012    Registration No. 237093

CONNIE R. THOMAS
Notary Public
Commonwealth of Virginia
Reg. # 237093
My Commission Expires May 31, 2012

This deed was prepared by Lytle Law, P.C.
by request without the benefit of a title examination.

INSTRUMENT #080011399
RECORDED IN THE CLERK'S OFFICE OF
HAMPTON ON
JUNE 16, 2008 AT 03:14PM
$298.50 GRANTOR TAX WAS PAID AS
REQUIRED BY SEC 58.1-802 OF THE VA. CODE
STATE:    $149.25  LOCAL:    $149.25
Deed of Bargain and Sale, Page 2 of 2
LINDA B. SMITH, CLERK
RECORDED BY: CLS

I30012787

PG0454 AUG 13 ☉

After Recording Return To:
BANK OF AMERICA, N.A.
Doc Processing TX2-979-01-19
4500 Amon Carter Blvd.
Ft. Worth, TX 76155

Prepared By:
MITCH MACOMBER
BANK OF AMERICA, N.A.

*WHEN RECORDED, RETURN TO:*
*FIRST AMERICAN MORTGAGE SERVICES*
*1100 SUPERIOR AVENUE, SUITE 200*
*CLEVELAND, OHIO 44114*
*NATIONAL RECORDING*

4909 SAVARESE CIRCLE
TAMPA
FL 33634

RPC/Tax Map Reference #/Parcel I.D. #:
8003783

THIS IS A REFINANCE OF AN EXISTING LOAN SECURED BY A
DEED OF TRUST RECORDED IN DEED BOOK _____, AT
PAGE _____, OR INSTRUMENT # _080011400_,
Hampton_____ COUNTY, VIRGINIA. REFERENCE FOR THIS
PURPOSE OF COMPUTING COST OF RECORDING THIS DEED OF
TRUST IS HERE MADE TO SECTION 58.1-803 (D) OF THE CODE
VIRGINIA, 1950, AS AMENDED.

―――――――――――――― [Space Above This Line For Recording Data] ――――――――――――――

7821645N

*******017707013
[Doc ID #]

# DEED OF TRUST

The following information, as further defined below, is provided in accordance with Virginia law:

The amount of consideration for Virginia recording tax purposes is $ 203,100.00 .

This Deed of Trust is given by

Miguel A. SOSA , MARRIED ,BY HIS ATTORNEY IN FACT MICHELLE SOSA.

5040 Corporate Woods Dr
Suite 130
as Borrower (trustor), to       Virginia Beach, VA 23462
SAMUEL I. WHITE, P.C. Virginia Beach, VA 23462
120 BUSINESS PARK DR, VIRGINIA BEACH, VA 23462 IN
N/A
N/A
as Trustee, for the benefit of
BANK OF AMERICA, N.A.
as beneficiary.
THIS IS A REFINANCE OF A DEED OF TRUST RECORDED IN THE CLERK'S OFFICE,
CIRCUIT COURT OF _____, VIRGINIA, IN DEED
BOOK _____, PAGE _____ [W] _____, OR
INSTRUMENT # _____ IN THE ORIGINAL PRINCIPAL AMOUNT
OF _____ AND WITH THE OUTSTANDING PRINCIPAL BALANCE
WHICH IS _____ .

Section: _____ Block: _____ Lot: _____ Unit: _____

VIRGINIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT             Form 3047 1/01
Deed of Trust-VA
2006-VA (08/12)(d/i)                          Page 1 of 11





EXHIBIT
D

13001278

PG0455 AUG 13 ²²

DOC ID #: ********017707013

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) **"Security Instrument"** means this document, which is dated   JULY 17, 2013          , together with all Riders to this document.

(B) **"Borrower"** is

MIGUEL A SOSA, A MARRIED MAN, INDIVIDUALLY AND SEPARATELY

Borrower is the trustor under this Security Instrument.

(C) **"Lender"** is
BANK OF AMERICA, N.A.
Lender is a NATIONAL ASSOCIATION
organized and existing under the laws of THE UNITED STATES
Lender's address is
101 South Tryon Street, Charlotte, NC 28255
Lender is the beneficiary under this Security Instrument.

(D) **"Trustee"** is      5040 Corporate Woods Dr
SAMUEL I. WHITE, P.C.      Suite 130
Trustee's address is      Virginia Beach, VA 23462
~~130 BUSINESS PARK DR, VIRGINIA BEACH, VA 23462~~
(which may be an address outside the Commonwealth of Virginia when the Trustee exercises federal preemption).
"Trustee" is
N/A
Trustee's address is
N/A
(which may be an address outside the Commonwealth of Virginia when the Trustee exercises federal preemption).

(E) **"Note"** means the promissory note signed by Borrower and dated   JULY 17, 2013      . The Note states that Borrower owes Lender
TWO HUNDRED THREE THOUSAND ONE HUNDRED and 00/100

Dollars (U.S. $ 203,100.00       ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than   AUGUST 01, 2043      . The interest rate stated in the Note is FOUR              percent (    4.000 %). If this Security Instrument is an adjustable rate mortgage loan, this initial rate is subject to change in accordance with the attached Adjustable Rate Rider.

(F) **"Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

(G) **"Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(H) **"Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider ☐ Condominium Rider ☐ Second Home Rider
☐ Balloon Rider ☐ Planned Unit Development Rider ☐ 1-4 Family Rider
☐ VA Rider ☐ Biweekly Payment Rider ☐ Other(s) [specify]

(I) **"Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(J) **"Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(K) **"Electronic Funds Transfer"** means a transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(L) **"Escrow Items"** means those items that are described in Section 3.

(M) **"Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(N) **"Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(O) **"Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

VIRGINIA–Single Family–Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                Form 3047 1/01
Deed of Trust-VA
2006–VA (06/12)                Page 2 of 11

130012787    PG0465 AUG 13 ℃

## Exhibit "A"

Real property in the City of HAMPTON, County of Hampton City, State of Virginia, described as follows:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND SITUATE, LYING AND BEING IN THE CITY OF HAMPTON. VIRGINIA, KNOWN AND DESIGNATED AS LOT NUMBERED THIRTY-ONE (31); IN BLOCK "A", AS SHOWN ON THE CERTAIN PLAT ENTITLED, "SECTION FOUR (4), WILLOW OAKS, HAMPTON, VIRGINIA", MADE BY WILLIAM SOURS, SURVEYOR, DATED AUGUST 1, 1968, AND RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT FOR THE CITY OF HAMPTON, VIRGINIA, IN PLAT 'OOK 6, AT PAGE 55, TO WHICH PLAT REFERENCE IS HERE MADE.

Being all of that certain property conveyed to MIGUEL A. SOSA, INDIVIDUALLY AND SEPARATELY from MICHAEL B. BLACK, AND MELISSA L. BLACK, HUSBAND AND WIFE, by deed dated 06/05/2008 and recorded /16/2008 as Instrument no. 080011399 of official records.

Commonly known as: 253 BEAUREGARD HT  HAMPTON, VA 23669

APN #: 8003783

SOSA
47316871                    VA
FIRST AMERICAN ELS
DEED OF TRUST

INSTRUMENT #130012787
RECORDED IN THE CLERK'S OFFICE OF
HAMPTON ON
AUGUST 13, 2013 AT 04:53PM

LINDA B. SMITH, CLERK
RECORDED BY: MJB

150013728

PG 0004 OCT 29 '15

Recording Requested By:
**Bank of America**
Prepared By:
**Ariana Garcia**
**4909 Savarese Circle**
**Tampa**
**800-444-4302**
When recorded mail to:
**CoreLogic**
**Mail Stop: ASGN**
**1 CoreLogic Drive**
**Westlake, TX 76262-9823**

DocID#    23224639017718991
G-Pin:      800 3783
Property Address:
**253 Beauregard Hts**
**Hampton, VA 23669-1558**
VA0-ADT  34070660   10/15/2015  FN0930A

This space for Recorder's use

## NOTICE OF ASSIGNMENT OF DEED OF TRUST

For Value Received, BANK OF AMERICA, N.., the undersigned holder of a Deed of Trust (herein "Grantor")
whose address is 4909 SAVARESE CIRCLE, ᴛAMPA, FL 33634 does hereby grant, sell, assign, transfer and
convey unto FEDERAL NATIONAL MORTᴳAGE ASSOCIATION (herein "Grantee") whose address is
14221 DALLAS PARKWAY, SUITE 1000, ᴅ ᴸLLAS, TX 75254 all beneficial interest under that certain Deed
of Trust described below together with the note and obligations therein described and the money due and to
become due thereon with interest and all rightᵘ rued or to accrue under said Deed of Trust.

| | |
|---|---|
| Beneficiary: | BANK OF AMERIᶜ.. N.A. |
| Made By: | MIGUEL A. SOSA ᴬRRIED, BY HIS ATTORNEY IN FACT MICHELLE |
| | SOSA |
| Original Trustee: | SAMUEL I. WHITᴇ ᴸ.C. |

Date of Deed of Trust: 7/17/2013    Originaʳ ᵃn Amount: $203,100.00

Recorded in Hampton County, VA on: 8/13/2  ., book N/A, page 0454 and instrument number 130012787

Contact Federal National Mortgage Associn ᵗ for this instrument c/o Seterus, Inc, 14523 SW Millikan
Way #200, Beaverton, OR 97005, telephone ᶥ866-570-5277, which is responsible for receiving payments.

IN WITNESS WHEREOF, the undersigned hᵃ ʸ used this Assignment of Deed of Trust to be executed on
**OCT 1 5 2015**

BANK OF AMERICA, N.A.

By:
Martha Correa, Assistant Vice President

State of FL, County of Hillsborough

The foregoing instrument was acknowledged ᵇ ᵗ me this **OCT 1 5 2015**, by Martha Correa, Assistant
Vice President authorized to sign on behalf of ᴮ ᵃ ᶦ OF AMERICA, N.A.. He/she is personally known to me or
has produced _____ aᵛ ᵗᵉ ᶦfication.

Notary Public:
My Commission Expires: James Quinlz
11/17/2015

JAMES QUINLAN
Notary Public, State of Florida
Commission# EE 838181
My comm. expires Nov. 17, 2016

INSTRUMENT #150013728
RECORDED IN THE CLERK'S OFFICE OF
HAMPTON ON
OCTOBER 29, 2015 AT 08:50AM

LINDA B. SMITH, CLERK
RECORDED BY: DDS

060021082

PG 0020 AUG 15 06

**\*GRANTORS:** George T. Mizusawa and Theodora B. Mizusawa
**\*GRANTEE:** Miguel A. Sosa
**\*CONSIDERATION:** $155,000.00
**\*THIS DEED PREPARED BY:** J. Robert Harris, III
RPC #8005688 & 8005689       34 W. Queens Way
                                                    Hampton, VA 23669

THIS DEED, made this 7th day of August, 2006, by and between **GEORGE T.**

**MIZUSAWA** and **THEODORA B. MIZUSAWA**, husband and wife, Grantors, parties of the

first part, and **MIGUEL A. SOSA**, Grantee, party of the second part, whose mailing address is

112 Beverly Street, Hampton, Virginia  23669                                        .

WITNESSETH:       That for and in consideration of the sum of TEN DOLLARS

($10.00), cash in hand paid, and other good and valuable consideration, the receipt of which is

hereby acknowledged, the said Grantors do grant and convey with GENERAL WARRANTY

and with ENGLISH COVENANTS OF TITLE unto the said Grantee the following described

property, to wit:

> All that certain lot, part-lot, piece or parcel of land situate, lying and
> being in the City of Hampton, Virginia, being known and designated
> as "PARCEL 'A'" as shown on that certain plat entitled "PLAT OF
> THE PROPERTY OF GEORGE T. & THEODORA MIZUSAWA,
> LOTS 22, 23 24 & PART OF 21, BLOCK 'A', NORTH KING
> STREET, HAMPTON, VIRGINIA", dated June 29, 2006, revised
> July 20, 2006, and made by Becouvarakis and Associates, P.C., a
> copy of which said plat is recorded in the Clerk's Office of the Circuit
> Court for the City of Hampton, Virginia, on July 28, 2006, as
> instrument no. 060019562.

> Subject to all conditions, covenants, restrictions, and easements of
> record or apparent on the ground.

> Together with all and singular the buildings and improvements
> thereon, the tenements, hereditaments, and appurtenances thereunto
> belonging or in anywise appertaining

TO HAVE AND TO HOLD the said property unto the party of the second part in fee

simple, his heirs and assigns forever.



46 0021 AUG 15 06

WITNESS the following signatures and seals:

George T. Mizusawa by Theodora B. Mizusawa    (SEAL)
his attorney in fact
**GEORGE T. MIZUSAWA**

Theodora B. Mizusawa    (SEAL)
**THEODORA B. MIZUSAWA**

STATE OF VIRGINIA
City/County of _Hampton_ , to-wit:

I, _Wendy K. Fields_ , a Notary Public in and for the
City and State aforesaid, do hereby certify that George T. Mizusawa and Theodora B. Mizusawa,
whose names are signed to the foregoing deed have this _7th_ day of August, 2006,
acknowledged the same before me in my City and State aforesaid.

Wendy K. Fields    (SEAL)
NOTARY PUBLIC

My Commission Expires: _12-31-07_

AFTER RECORDATION
PLEASE RETURN TO:
RICHARD B. BLACKWELL, ATTY.
2210 EXECUTIVE DRIVE STE. A
HAMPTON, VA 23666

```
INSTRUMENT #060021082
RECORDED IN THE CLERK'S OFFICE OF
HAMPTON ON
AUGUST 15, 2006 AT 08:52AM
$155.00 GRANTOR TAX WAS PAID AS
REQUIRED BY SEC 58.1-802 OF THE VA. CODE
STATE:      $77.50 LOCAL:      $77.50
LINDA B. SMITH, CLERK

RECORDED BY: YXM
```

060021083                    PG0022 AUG 15 06

Return To: LOAN # 3304464716
FL9-700-05-22
JACKSONVILLE POST CLOSING
BANK OF AMERICA
9000 SOUTHSIDE BLVD.
BLDG 700, FILE RECEIPT DEPT.
JACKSONVILLE, FL  32256
Prepared By: NAKIA ROSARIO
          BANK OF AMERICA, N.A.
          1400 BEST PLAZA DRIVE
          RICHMOND, VA  232270000

Tax Map Reference #:

RPC/Parcel ID #: MIDLANDL21.22BLKA

RPC#8005688 & 8005689

————————— [Space Above This Line For Recording Data] —————————

# DEED OF TRUST     LOAN # 3304464716

The following information, as further defined below, is provided in accordance with Virginia law:
This Deed of Trust is given by MIGUEL A SOSA

as Borrower (trustor), to PRLAP, INC.

as Trustee, for the benefit of BANK OF AMERICA, N.A.

as beneficiary.

VIRGINIA — Single Family — Fannie Mae/Freddie Mac UNIFORM INSTRUMENT        Form 3047 1/01

-6(VA) (0102)
Page 1 of 16          Initials: M.S
VMP MORTGAGE FORMS - (800)521-7291

CVVA 08/14/06 9:25 AM 3304464716



EXHIBIT
F

PG0023 AUG 15 06

DEFINITIONS
Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated  AUGUST 14, 2006                  ,
together with all Riders to this document.
(B) "Borrower" is MIGUEL A SOSA

Borrower is the trustor under this Security Instrument.
(C) "Lender" is  BANK OF AMERICA, N.A.

Lender is a  NATIONAL BANKING ASSOCIATION
organized and existing under the laws of  THE UNITED STATES OF AMERICA
Lender's address is 1400 BEST PLAZA DRIVE, RICHMOND, VA 232270000

Lender is the beneficiary under this Security Instrument.
(D) "Trustee" is  PRLAP, INC.

Trustee (whether one or more persons) is a Virginia resident and/or a United States or Virginia-chartered corporation whose principal office is located in Virginia. Trustee's address is C/O 1400 BEST PLAZA DRIVE  RICHMOND  VA.  23227

"Trustee" is  N/A

Trustee (whether one or more persons) is a Virginia resident and/or a United States or Virginia-chartered corporation whose principal office is located in Virginia. Trustee's address is N/A

(E) "Note" means the promissory note signed by Borrower and dated  AUGUST 14, 2006        .
The Note states that Borrower owes Lender  ONE HUNDRED TWENTY FOUR THOUSAND AND 00/100                                                                      Dollars
(U.S. $        124,000.00        ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than        SEPTEMBER 01, 2036        .
The interest rate stated in the Note is  SEVEN AND ONE-HALF
                                                                percent (        7.500        %).
If this Security Instrument is an adjustable rate mortgage loan, this initial rate is subject to change in accordance with the attached Adjustable Rate Rider.
(F) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."
(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

Initials: M.S

CMP2 -6(VA) (0102)                          Page 2 of 18                          Form 3047 1/01
                                                                CVVA 08/14/06 9:25 AM 3304464716

PG 0 0 4 2  AUG 15 06

## *LEGAL DESCRIPTION*

All that certain lot, part-lot, piece or parcel of land situate, lying and being in the City of Hampton, Virginia, being known and designated as "PARCEL 'A'" as shown on that certain plat entitled "PLAT OF THE PROPERTY OF GEORGE T. & THEODORA MIZUSAWA, LOTS 22, 23, 24 & PART OF 21, BLOCK 'A', NORTH KING STREET, HAMPTON, VIRGINIA", dated June 29, 2006, revised July 20, 2006, and made by Becouvarakis and Associates, P.C., a copy of which said plat is recorded in the Clerk's Office of the Circuit Court for the City of Hampton, Virginia, on July 28, 2006, as instrument no. 060019562.

AFTER RECORDATION
PLEASE RETURN TO:
RICHARD B. BLACKWELL ATTY.
2210 EXECUTIVE DRIVE STE. A
HAMPTON, VA 23666

INSTRUMENT #060021083
RECORDED IN THE CLERK'S OFFICE OF
HAMPTON ON
AUGUST 15, 2006 AT 08:52AM
LINDA B. SMITH, CLERK

RECORDED BY: YXM

120014823        PG0012 OCT-3²

Recording requested by:
BANK OF AMERICA, N.A.

When recorded mail to:
BANK OF AMERICA, N.A.
DOCUMENT PROCESSING MAIL
CODE: TX2-979-01-19
4500 AMON CARTER BLVD.
FORT WORTH, TX 76155
Attn: ASSIGNMENT UNIT

Tax Parcel: 8005688

## CORPORATION ASSIGNMENT OF DEED OF TRUST
Doc. ID# 33687057388456778
Commitment# 5200

For value received, the undersigned, BANK OF AMERICA, N.A., 1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063, hereby grants, assigns and transfers to:
OCWEN LOAN SERVICING, LLC
1661 WORTHINGTON RD. SUITE 100, WEST PALM BEACH, FL 33409

All beneficial interest under that certain Deed of Trust dated  8/14/06, executed by: MIGUEL A SOSA, Trustor as per TRUST DEED recorded as Instrument No. 060021083 on 8/15/06 in Book _____ M& Page _____ MML of official records in the County Recorder's Office of HAMPTON County, VIRGINIA.
  The Trustee is Richard D. Guy.
Original Mortgage $124,000.00
1269 N. KING ST, HAMPTON, VA 23669

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 09/13/2012      BANK OF AMERICA, N.A.

By _____
MIGUEL ROMERO, ASSISTANT VICE PRESIDENT

State of California
County of Ventura

On 09/13/2012 before me, A. LUTHER , Notary Public, personally appeared MIGUEL ROMERO, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: _____
A. LUTHER

A. LUTHER
Commission # 1847819
Notary Public - California
Los Angeles County
My Comm. Expires May 7, 2013

Prepared by: MARGARET MAGALLAN
1800 TAPO CANYON ROAD
SIMI VALLEY, CA 93063
Phone#: (213) 345-0981

INSTRUMENT #120014823
RECORDED IN THE CLERK'S OFFICE OF
HAMPTON ON
OCTOBER  3, 2012 AT 09:36AM

LINDA B. SMITH, CLERK
RECORDED BY: MJB

138010841

PG0076 JUL 10 ☺

VT27694
Tax ID#08V039 00 A 022
Prepared by and Return to:
Nectar Projects, Inc.
104 N. Bailey Lane #100
Purcellville, VA 20132

## SUBSTITUTION OF TRUSTEE

THIS SUBSTITUTION OF TRUSTEE is made between <u>OCWEN LOAN SERVICING, LLC</u>
(the Noteholder) and <u>Miguel A. Sosa</u> (the "Original Borrower(s)") and being together the
"Grantors"; and <u>Nectar Projects Inc.</u>, a Virginia Corporation, substitute trustee, as Grantee:

## <u>WITNESSETH:</u>

WHEREAS, by a Deed of Trust dated August 14, 2006, and recorded in the Clerk's Office of
the Circuit Court of the City of Hampton, Virginia, as instrument number 060021083 (the "Deed
of Trust") the Original Borrower(s) conveyed to PRLAP, Inc. the ("Original Trustee(s)") certain
real property described in the Deed of Trust to secure an indebtedness in the original principal
sum of One Hundred Twenty Four Thousand  Dollars And No Cents ($124,000.00) and also
described in said deed of Trust; and

WHEREAS, the Noteholder may remove the trustee(s) of the Deed of Trust and appoint
successor trustee(s) for any reason;

NOW THEREFORE, the undersigned being the present holder of the note secured by the
Deed of Trust, does hereby remove the Original Trustee(s) and does hereby remove any
Substitute trustee(s) who may have been previously appointed in place of the

PG0077 JUL 10 '13

Original Trustee(s) and does hereby appoint Nectar Projects Inc., as Substitute Trustee and said
Substitute Trustee(s) in accordance with the provisions of the Deed of Trust do/does succeed to
all the title, power and duties conferred upon the Original Trustee(s) by the terms of said Deed of
Trust and by applicable law.

Witness the following signature:

OCWEN LOAN SERVICING, LLC

By: _____
      (Signature)

Franci Boothney

Name: _____Chris Helnichen_____

Title: _____Contract Manager_____

My Commission Expires: _____
Dated: June 10, 2013

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged and sworn before me this____10____ day
of____June____2013____by
____Chris Helnichen____ as ____Contract Manager____
of Ocwen Loan Servicing LLC, who is personally known to me or who has produced
_____ as identification.

Notary Public State of Florida
Jami Dorobiala
My Commission FF 008181
Expires 04/15/2017

_____  Jami Dorobiala
Notary Public – State of Florida

VT1227694

Tax ID#08V039 00 A 022

INSTRUMENT #130010841
RECORDED IN THE CLERK'S OFFICE OF
HAMPTON ON
JULY 10, 2013 AT 09:49AM

LINDA B. SMITH, CLERK
RECORDED BY: RMJ

*I 70004783*

PG0092 APR 20 =

**VIRGINIA**
COUNTY/TOWN OF **HAMPTON**
LOAN NO.: 7130400729

TAX MAP NO. MIDLANDL21.22BLKA

PREPARED BY: SECURITY CONNECTIONS, INC.
WHEN RECORDED MAIL TO: SECURITY CONNECTIONS, INC., 240 TECHNOLOGY DRIVE, IDAHO FALLS, ID 83401, PH. (208)528-9895

## NOTICE OF ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, OCWEN LOAN SERVICING, LLC, located at 1661 WORTHINGTON RD., STE. 100, WEST PALM BEACH, FL 33409, Assignor, does hereby grant, assign, transfer, and set over unto SELECT PORTFOLIO SERVICING, INC., located at 3217 S. DECKER LAKE DR., SALT LAKE CITY, UT 84119, Assignee, its successors and assigns, all of Assignor's interest in that certain Deed of Trust described below:

Name of Trustor(s): MIGUEL A SOSA
Name of Original Beneficiary(s): BANK OF AMERICA, N.A.
Name of Original Trustee(s): PRLAP, INC.

Said Deed of Trust dated AUGUST 14, 2006, in the amount of $124,000.00 and recorded on AUGUST 15, 2006 as Instrument No. 060021083 in the Land Records of the Circuit Court for the CITY of HAMPTON, State of VIRGINIA, described herein as follows:

AS DESCRIBED IN SAID DEED OF TRUST REFERRED TO HEREIN.

Property Address: 1269 N. KING ST HAMPTON, VIRGINIA 23669
TOGETHER WITH ALL RIGHTS ACCRUED OR TO ACCRUE TO SAID DEED OF TRUST.
IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed this MARCH 31, 2017.
OCWEN LOAN SERVICING, LLC

KIERSTEN BALCH, AUTHORIZED SIGNER

STATE OF IDAHO          COUNTY OF BONNEVILLE   ) ss.

On MARCH 31, 2017, before me, RAE DUTTON, personally appeared KIERSTEN BALCH known to me to be the AUTHORIZED SIGNER of the entity that executed the instrument or the person who executed the instrument on behalf of said entity, and acknowledged to me that such entity executed the same.

RAE DUTTON (COMMISSION EXP. 07/21/2022)
NOTARY PUBLIC
REGISTRATION NO. 68101

RAE DUTTON
NOTARY PUBLIC
STATE OF IDAHO

VIRGINIA:
IN THE CLERK'S OFFICE OF THE CIRCUIT COURT

This instrument was admitted to record on _____ at _____ a.m. / p.m.

Clerk's fee of $ _____ has been paid.

_____, Clerk   by _____, Deputy Clerk

INSTRUMENT #170004783
RECORDED IN THE CLERK'S OFFICE OF
HAMPTON ON
APRIL 20, 2017 AT 09:53AM

LINDA B. SMITH, CLERK
RECORDED BY: EDD

OC8012714IM - AM - VA

Page 1 of 1

PG0937 OCT 17 05

Consideration: $82,000.00

**050027691**

Williams, Mullen, P.C.
Fountain Plaza Three
721 Lakefront Commons, Suite 200
Newport News, Virginia 23606
(757) 249-5100

GPIN/ACCT/MAP#:  8003235

## DEED

THIS **DEED**, made this 10th day of October, 2005, by and between **HUEY D. CARDEN** and **SUE N. CARDEN**, Trustees under the SUE N. CARDEN LIVING TRUST dated September 4, 2003 (either of whom may act), and **THOMAS E. PELLOWSKI** (hereinafter "Grantors"); and **MIGUEL   SOSA**, (hereinafter "Grantee"), whose mailing address is 400 Cedar Drive, Hampton, Virginia  23666.

Whenever used herein the singular shall include the plural, the plural the singular, and the use of any gender shall include all other genders.

### WITNESSETH

That for and in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration, the receipt of which is hereby acknowledged, Grantors do bargain, grant, sell and convey with **GENERAL WARRANTY AND ENGLISH COVENANTS OF TITLE** unto the Grantee, the following described property ("Property"), to-wit:

> *All that certain lot, piece or parcel of land situate, lying and being in the City of Hampton, Virginia, as more fully described on Exhibit "A" attached hereto and made a part hereof.*

The Grantors covenant that they the right to convey the said land to the Grantee; that they have done no act to encumber said land, save as aforesaid; that the Grantee shall have quiet possession of the said land, free from all encumbrances; and that the Grantors will execute such further assurance of the said land as may be requisite.



EXHIBIT

G

05002769.1                    PG0938 OCT 17 05

Property is conveyed subject to the conditions, restrictions, reservations, encumbrances and easements, if any, duly recorded affecting the Property and constituting constructive notice.

WITNESS the following signature(s) and seal(s):

SUE N. CARDEN LIVING TRUST
Dated September 4, 2003

By: _____ (SEAL)
     *SUE N. CARDEN, Trustee*

By: _____ (SEAL)
     *HUEY D. CARDEN, Trustee*

COMMONWEALTH OF VIRGINIA
CITY/~~COUNTY~~ OF Newport News, to-wit:

The foregoing Deed of Bargain and Sale was sworn to and acknowledged before me this 12th day of October, 2005, by SUE N. CARDEN and HUEY D. CARDEN, Trustees under the SUE N. CARDEN LIVING TRUST dated September 4, 2003.

_____
Notary Public
Commonwealth of Virginia At Large

My Commission Expires: 10-31-05

05002691          PG 0939 OCT 17 05

WITNESS the following signature(s) and seal(s):

_____(SEAL)
THOMAS E. PELLOWSKI

COMMONWEALTH OF VIRGINIA
CITY/~~COUNTY~~ OF Newport News , to-wit:

The foregoing Deed of Bargain and Sale was sworn to and acknowledged
before me this 13th day of October, 2005, by THOMAS E. PELLOWSKI

_____
Notary Public
Commonwealth of Virginia At Large

My Commission Expires: 10-31-05

PG 0 9 4 0   OCT 17 05

0500 27691

## EXHIBIT "A"

All that certain lot, piece or parcel of land situate,
lying and being in the City of Hampton, Virginia,
known and designated as Lot Numbered FORTY-
FIVE (45), in Block Lettered "A", as shown on that
certain plat entitled, "Pine Grove Terrace, City of
Hampton, Virginia", made by John W. Lawson,
Certified Land Surveyor, dated April 29, 1953 and
duly of record in the Clerk's Office of the Circuit
Court for the City of Hampton, Virginia in Plat
Book 3, page 118, to which reference is here made.

It being the same property conveyed unto Solveig
H. Pellowski and Sue N. Carden by Deed of
Assumption from Glenn A. Talbott and Beth E.
Talbott, husband and wife, dated November 21,
1978 and duly recorded in the aforesaid Clerk's
Office on November 30, 1978 in Deed Book 533,
page 832. The said Solveig H. Pellowski died on
December 7, 2004 devising ½ interest to the
property to her son, Thomas E. Pellowski by her
Last Will and Testament recording as Instrument
Number 050000082. The said Sue N. Carden
conveyed her ½ interest in the aforesaid property to
Huey D. Carden and Sue N. Carden, Trustees, or
their successors in trust, under the Sue N. Carden
Living Trust dated September 4, 2003, by deed
dated October 14, 2003 and duly recorded in the
Clerk's Office aforesaid as Instrument Number
030025937.

#1061353 v1 - Deed - Carden/Pellowski to Sosa

INSTRUMENT #050027691
RECORDED IN THE CLERK'S OFFICE OF
HAMPTON ON
OCTOBER 17, 2005 AT 04:33PM
$82.00 GRANTOR TAX WAS PAID AS
REQUIRED BY SEC 58.1-802 OF THE VA. CODE
STATE:     $41.00 LOCAL:          $41.00
LINDA B. SMITH, CLERK

RECORDED BY: RMS

060020935

PG0310 AUG 11 06

After Recording Return To:

Record and Return To:
Fiserv Lending Solutions
27 Inwood Road
ROCKY HILL, CT 06067

Sosa, Miguel A
B... ...
Jacksonville, Florida 32256
Loan Number: 68998000424299 *1995 06/22/32 830

Tax Map Reference No.:

PIN: 08KD03-00-A-645
Prepared By: Francis Steffney

[Space Above This Line For Recording Data]

## CREDIT LINE DEED OF TRUST

## THIS IS A CREDIT LINE DEED OF TRUST

The following information, as further defined below, is provided in accordance with Virginia law:

This Deed of Trust is given by  MIGUEL A SOSA

as Borrower (grantor or trustor), to  PRLAP, INC.
(Grantee)
as Trustee, for the benefit of  Bank of America, NA

as beneficiary.

### DEFINITIONS

(A)  "Security Instrument" means this document, which is dated  JUNE 5, 2006            , together
with all Riders to this document.
(B)  "Borrower" is  MIGUEL A SOSA

the party or parties who have signed this Security Instrument.
Borrower is the trustor under this Security Instrument.
(C)  "Lender" is  Bank of America, NA

Lender is a  National Banking Association                                    organized
and existing under the laws of  THE UNITED STATES OF AMERICA
Lender's address is  100 North Tryon Street, Charlotte, North Carolina
28255
Lender is the beneficiary under this Security Instrument.
(D)  "Agreement" means the Home Equity Line of Credit Agreement signed by the Borrower.
(E)  "Account" means the Home Equity Line of Credit Account pursuant to which the Lender makes Advances to
the Borrower at the Borrower's direction, allowing the Borrower to repay those Advances and take additional
Advances, subject to the terms of the Agreement.
(F)  "Credit Limit" means the maximum aggregate amount of principal that may be secured by this Security
Instrument at any one time.  The Credit Limit is  $70,000.00              Except to the extent

VIRGINIA HOME EQUITY LINE OF CREDIT DEED OF TRUST
VAHESI HLC  11/01/05                                    Page 1 of 13                    DocMagic eForms 800-649-1362
                                                                                      www.docmagic.com



PG 03 11  AUG 11 06

060020935

prohibited by Applicable Law, the Credit Limit does not apply to interest, Finance Charges, and other fees and charges validly incurred by Borrower under the Agreement and this Security Instrument. The Credit Limit also does not apply to other advances made under the terms of this Security Instrument to protect Lender's security and to perform any of the covenants contained in this Security Instrument.

(G) "Account Balance" is the total unpaid principal of the Account, plus earned but unpaid Finance Charges, outstanding fees, charges, and costs.

(H) "Maturity Date" is the date on which the entire Account Balance under the Agreement is due. The entire Account Balance on your Account, as defined in the Agreement and this Security Instrument, is due on JUNE 5, 2031.

(I) "Property" means the Property that is described below under the heading "Transfer of Rights in the Property."

(J) "Secured Debt" means:

    (1) All amounts due under your Account, including principal, interest, Finance Charges, and other fees, charges, and costs incurred under the terms of this Security Instrument and all extensions, modifications, substitutions or renewals thereof.

    (2) Any advances made and expenses incurred by Lender under the terms of this Security Instrument.

(K) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

| | | |
|---|---|---|
| ☒ 1-4 Family | ☐ Condominium Rider | ☐ Escrow Rider |
| ☐ Second Home | ☐ Planned Unit Development Rider | ☐ Mortgage Insurance Rider |
| ☐ Other(s) | | |

(L) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(M) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(N) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(O) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(P) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Agreement and/or this Security Instrument.

(Q) "Approved Prior Loan" means a lien which is and which lender acknowledges and agrees will continue to have priority over the lien created by this Security Instrument.

(R) "Trustee" is  PRLAP, INC.

Trustee (whether one or more persons) is a Virginia resident and/or a United States - or Virginia-chartered corporation whose principal office is located in Virginia. Trustee's address is  C/O 1400 BEST PLAZA DRIVE, RICHMOND, VIRGINIA 23227

VIRGINIA HOME EQUITY LINE OF CREDIT DEED OF TRUST
VAHESI.HLC 11/01/05                Page 2 of 13               DocMagic EFormns 800-649-1362
www.docmagic.com

06 0020935

PG 0326 AUG 11 06

G156FT4V

## SCHEDULE A

THAT CERTAIN PIECE OR PARCEL OF LAND, AND THE BUILDINGS

AND IMPROVEMENTS THEREON, KNOWN AS: 400 CEDAR DRIVE

IN THE TOWN OF: HAMPTON

COUNTY OF: HAMPTON CITY

STATE OF: VIRGINIA

BEING MORE PARTICULARLY DESCRIBED IN A DEED RECORDED IN:

DOCUMENT NUMBER: 27691

PROPERTY IDENTIFICATION:

PIN: 08K003-00-A-045

PROPERTY DESCRIPTION:

LOT: 45

SUBDIVISION: PINE GROVE TERRACE

ACREAGE: .1768

INSTRUMENT #060020935
RECORDED IN THE CLERK'S OFFICE OF
HAMPTON ON
AUGUST 11, 2006 AT 11:14AM
LINDA B. SMITH, CLERK

RECORDED BY: RMS

BWW#: 203804  160000995                          PG 0010 JAN 27 ᴸᴰ

PREPARED BY / PLEASE RETURN TO:
BWW Law Group, LLC
6003 Executive Blvd., Suite 101
Rockville, MD 20852

Tax I.D.#: 08K003-00-A-045

### APPOINTMENT OF SUBSTITUTE TRUSTEE

BANK OF AMERICA, N.A., GRANTOR herein, does hereby remove the Original Trustee(s) as Trustee(s), and does also hereby remove any substitute trustee or trustees who may have been previously appointed in place of the Original Trustee(s), and hereby appoints EQUITY TRUSTEES, LLC, a Virginia limited liability company, as Substitute Trustee/GRANTEE whose place of business is 2101 Wilson Boulevard, Suite 402, Arlington VA 22201. This appointment is made under the deed of trust dated June 05, 2006 conveying the real property known as 400 Cedar Drive, Hampton, VA 23669 and executed by Miguel A. SOSA (identified here as GRANTOR(S) for recordation purposes), in which BANK OF AMERICA, NA is named original lender and PRLAP, INC. as original trustee, and recorded at Instrument No. 060020935 in the land records of the Hampton City Circuit Court Clerk's Office ("Deed of Trust"). Said Substitute Trustee shall, in accordance with the provisions of said Deed of Trust, succeed to all the title, powers and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

BANK OF AMERICA, N.A.

_____   11-27-15
Print Name: Shamim Ali
Title: Assistant Vice President
Date: November 27, 2015

State of ___Texas___
County of ___Dallas___

Before me, __MYRA P GUERRERO__, the undersigned officer, on this, the __27__ day of __November__, 2015, personally appeared ___Shamim Ali___, ☐ known to me or, ☒ through the production of A Texas Driver's License as identification, who identified himself/herself to be the Assistant Vice President of Bank of America, N.A., the person and officer whose name is subscribed to the foregoing instrument, and being authorized to do so, acknowledged that (s)he had executed the foregoing instrument as the act of such corporation for the purpose and consideration described and in the capacity stated.

(SEAL)

Print Name: MYRA P GUERRERO
Notary Public, State of ___TEXAS___
Commission No.: 13010002-2
My Commission Expires: 02-02-2019

MYRA P. GUERRERO
Notary Public
STATE OF TEXAS
My Comm. Exp. 02-02-19

INSTRUMENT #160000995
RECORDED IN THE CLERK'S OFFICE OF
HAMPTON ON
JANUARY 27, 2016 AT 08:39AM

LINDA B. SMITH, CLERK
RECORDED BY: MJB

Page 1 of 1

160002164

PG 0001  FEB 22 ᵉ

Consideration: $0.00

Prepared By:
Richard B. Blackwell, Attorney
VSB#31060
2210-A Executive Drive
Hampton, Virginia 23666
(757) 838-2966
Title Insurance: None

RPC#:8002937

## THIS DEED IS EXEMPT FROM RECORDING TAX
## PURSUANT TO SECTION 58.1-811.D,
## CODE OF VIRGINIA, 1950, AS AMENDED

**THIS DEED OF GIFT**, made this 9th day of February, 2016, by and between

**MICHELLE I. SOSA, GRANTOR**, and **MIGUEL A. SOSA, GRANTEE**, whose mailing

address is 253 Beauregard Heights, Hampton, VA 23669.

**WITNESSETH:** The said Grantor does hereby grant and convey with **GENERAL**

**WARRANTY AND ENGLISH COVENANTS OF TITLE** unto the said Grantee, his heirs

and assigns, in fee simple and forever, the following described property, to-wit:

All that certain lot, piece or parcel of land situate, lying and being in the City
of Hampton, Virginia, known and designated as Lot Numbered SEVEN in
Block Lettered "B", as shown on a certain plat entitled, "SEC. 12-A-51
REVISION AND ADDITION NO. 1 TO PINE GROVE COURT,
ELIZABETH CITY COUNTY, VIRGINIA", made by R. F. Pyle, C.L.S., dated
May 8, 1952, a copy of which is duly of record in the Clerk's Office of the
Circuit Court for the City of Hampton, Virginia, in Plat Book 3, pages 98 and
98A, to which reference is here made.

Property more commonly known as 112 Beverly Street, Hampton, VA 23669.

It being the same property conveyed unto the grantor herein by deed of gift
from Miguel A. Sosa, et ux, and duly recorded in the Clerk's Office aforesaid
as Instrument No. 030006154.

**SUBJECT TO ANY AND ALL LIENS OF RECORD.**

**THIS DEED PREPARED WITHOUT BENEFIT OF TITLE EXAMINATION.**



EXHIBIT

1

The said Grantor does hereby covenant that she has the right to convey the said land

unto the said Grantee; that she has done no act to encumber the said land, save as aforesaid;

that the said Grantee shall have quiet possession of the said land, free from all encumbrances;

and that the said Grantor will execute such further assurances of the said land as may be

requisite.

WITNESS the following signature and seal:

_____(SEAL)

**MICHELLE I. SOSA**

STATE OF VIRGINIA
City of Hampton, to-wit:

The foregoing Deed of Gift dated February 9, 2016, was acknowledged before me by
**MICHELLE I. SOSA,** who having produced _Drivers License_____ as form of
identification, this __17__ day of _Feb_____, 2016.

Notary Public
My Commission Expires:___8/31/16____
Notary Registration No.:___302355___

AFTER RECORDATION
PLEASE RETURN TO
RICHARD E. SMITH
2210 EXECUTIVE DRIVE, STE. A
HAMPTON, VA 23666

INSTRUMENT #160002184
RECORDED IN THE CLERK'S OFFICE OF
HAMPTON ON
FEBRUARY 22, 2016 AT 04:21PM

LINDA B. SMITH, CLERK
RECORDED BY: MJB

-2-

060020687

060049 0 AUG -9 06

After Recording Return To:

Record and Return To:
Fiserv Lending Solutions
27 Inwood Road
ROCKY HILL, CT 06067

Sosa, Miguel A

rd,

Jacksonville, Florida 32256
Loan Number: 68998000364999
PREPARED BY: Stephanie K. Brown
Tax Map Reference No.:

PIN 08K002-01-G-007

99506122/317380 _____ [Space Above This Line For Recording Data]

# CREDIT LINE DEED OF TRUST

## THIS IS A CREDIT LINE DEED OF TRUST

The following information, as further defined below, is provided in accordance with Virginia law:

This Deed of Trust is given by  MIGUEL A SOSA

as Borrower (grantor or trustor), to  PRLAP, INC.
(Grantee)
as Trustee, for the benefit of  Bank of America, NA

as beneficiary.

### DEFINITIONS

(A) "Security Instrument" means this document, which is dated  JUNE 5, 2006        , together
with all Riders to this document.
(B) "Borrower" is  MIGUEL A SOSA

the party or parties who have signed this Security Instrument.
Borrower is the trustor under this Security Instrument.
(C) "Lender" is  Bank of America, NA

Lender is a  National Banking Association                    organized
and existing under the laws of   THE UNITED STATES OF AMERICA
Lender's address is  100 North Tryon Street, Charlotte, North Carolina
28255
Lender is the beneficiary under this Security Instrument.
(D) "Agreement" means the Home Equity Line of Credit Agreement signed by the Borrower.
(E) "Account" means the Home Equity Line of Credit Account pursuant to which the Lender makes Advances to
the Borrower at the Borrower's direction, allowing the Borrower to repay those Advances and take additional
Advances, subject to the terms of the Agreement.
(F) "Credit Limit" means the maximum aggregate amount of principal that may be secured by this Security
Instrument at any one time. The Credit Limit is  $90,000.00        . Except to the extent

---

VIRGINIA HOME EQUITY LINE OF CREDIT DEED OF TRUST
VAHESI.HLC 11/01/05

Page 1 of 13

DocMagic ☎800-649-1362
www.docmagic.com



O 600 20687 PG 0491 AUG -9 06

prohibited by Applicable Law, the Credit Limit does not apply to interest, Finance Charges, and other fees and charges validly incurred by Borrower under the Agreement and this Security Instrument. The Credit Limit also does not apply to other advances made under the terms of this Security Instrument to protect Lender's security and to perform any of the covenants contained in this Security Instrument.

(G) "Account Balance" is the total unpaid principal of the Account, plus earned but unpaid Finance Charges, outstanding fees, charges, and costs.

(H) "Maturity Date" is the date on which the entire Account Balance under the Agreement is due. The entire Account Balance on your Account, as defined in the Agreement and this Security Instrument, is due on JUNE 5, 2031

(I) "Property" means the Property that is described below under the heading "Transfer of Rights in the Property."

(J) "Secured Debt" means:

    (1) All amounts due under your Account, including principal, interest, Finance Charges, and other fees, charges, and costs incurred under the terms of this Security Instrument and all extensions, modifications, substitutions or renewals thereof.

    (2) Any advances made and expenses incurred by Lender under the terms of this Security Instrument.

(K) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

☐ 1-4 Family      ☐ Condominium Rider      ☐ Escrow Rider
☐ Second Home      ☐ Planned Unit Development Rider      ☐ Mortgage Insurance Rider
☐ Other(s)

(L) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(M) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(N) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(O) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(P) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Agreement and/or this Security Instrument.

(Q) "Approved Prior Loan" means a lien which is and which lender acknowledges and agrees will continue to have priority over the lien created by this Security Instrument.

(R) "Trustee" is PRLAP, INC.

Trustee (whether one or more persons) is a Virginia resident and/or a United States - or Virginia-chartered corporation whose principal office is located in Virginia. Trustee's address is C/O 1400 BEST PLAZA DRIVE, RICHMOND, VIRGINIA 23227

VIRGINIA HOME EQUITY LINE OF CREDIT DEED OF TRUST
VAHESI HLC 11/01/05      Page 2 of 13      DocMagic *eForms* 800-649-1362
www.docmagic.com

06 0020687

PG 0 5 0 3   AUG -9 06

G156FT56

## SCHEDULE A

THAT CERTAIN PIECE OR PARCEL OF LAND, AND THE BUILDINGS

AND IMPROVEMENTS THEREON, KNOWN AS: 112 BEVERLY STREET

IN THE TOWN OF: HAMPTON

COUNTY OF: HAMPTON CITY

STATE OF: VIRGINIA

BEING MORE PARTICULARLY DESCRIBED IN A DEED RECORDED IN:

DOCUMENT NUMBER: 6154

PROPERTY IDENTIFICATION:

PIN: 08K002-01-B-007

PROPERTY DESCRIPTION:

LOT: 7

ACREAGE: .2238

INSTRUMENT #060020687
RECORDED IN THE CLERK'S OFFICE OF
HAMPTON ON
AUGUST   9, 2006 AT 11:16AM
LINDA B. SMITH, CLERK

RECORDED BY: RMS

030306559    30000P0606
030006640

THIS INSTRUMENT IS EXEMPT FROM RECORDATION TAXES PURSUANT TO
SECTION 58.1-811(d), CODE OF VIRGINIA, 1950, AS AMENDED.

PARCEL I..D. NO.: 08K002-01-M-023
RPC TAX I.D. NO.: 8003165

THIS DEED OF GIFT, made this 20th day of March, 2003, by and between

MIGUEL A. SOSA and MICHELLE I. SOSA, Husband and Wife, GRANTOR, parties of

the first part; and MIGUEL A. SOSA, GRANTEE, party of the second part, whose mailing

address is 329 Walnut Street, Hampton, Virginia 23669.

WITNESSETH: That for and in consideration of the sum of TEN DOLLARS

($10.00), cash in hand paid, and other good and valuable consideration, the receipt of

which is hereby acknowledged at and before the signing and delivery of this Deed, the said

parties of the first part, hereby grant and convey with covenants of GENERAL WARRANTY

and English Covenants of Title unto the said party of the second part, in fee simple

absolute, the following described property, to-wit:

> All that certain lot, piece or parcel of land situate, lying and being in the City
> of Hampton, Virginia, known and designated as Lot Numbered TWENTY-
> THREE (23), in Block Lettered M, as shown on that certain plat entitled,
> "SECTION 12-A51 REVISION AND ADDITION NO. 2 TO PINE GROVE
> COURT, CITY OF HAMPTON, VIRGINIA", made by R. F. Pyle, Certified
> Land Surveyor, Newport News, Virginia, dated December 30, 1952,
> amended January 23, 1953, and duly recorded in the Clerk's Office of the
> Circuit Court for the City of Hampton, Virginia, in Plat Book 3, page 113, to
> which plat reference is here made.

> Together with all and singular the buildings and improvements thereon, the
> tenements, hereditaments and appurtenances thereunto belonging or in
> anywise appertaining.

> Subject, however, to any and all restrictions and conditions, easements and
> rights of way of record affecting said property.

PAGE ONE OF THREE PAGES



EXHIBIT
K

O30006640

2001040607

It being the same property conveyed unto Miguel A. Sosa and Michelle I. Sosa, Husband and Wife, by Deed dated July 20, 2000, from Stephen S. Mason and Karen S. Mason, Husband and Wife, and was duly recorded in the aforesaid Clerk's Office, in Deed Book 1335, at Page 1518.

The said parties of the first part covenant that they have the right to convey the said land unto the said party of the second part; that they have done no act to encumber the said land, save as aforesaid, that the said party of the second part shall have quiet possession of the land, free from all encumbrances; and that the said parties of the first part will execute such further assurances of the said land as may be requisite.

WITNESS the following signatures and seals:

_Miguel A. Sosa_ (SEAL)
MIGUEL A. SOSA

_Michelle Sosa_ (SEAL)
MICHELLE I. SOSA

COMMONWEALTH OF VIRGINIA
CITY OF HAMPTON, to-wit:

The foregoing instrument was acknowledged to before me this 21st day of March, 2003, by Miguel A. Sosa.

Given under my hand and seal this 21st day of March, 2003.

_Bonnie D. Spires_
Notary Public

My Commission Expires July 31, 2003

PAGE TWO OF THREE PAGES

030006640   BK1103P0606

COMMONWEALTH OF VIRGINIA
CITY OF HAMPTON, to-wit:

The foregoing instrument was acknowledged to before me this 21st day

of March, 2003, by Michelle I. Sosa.

Given under my hand and seal this 21st day of March, 2003.

Bonnie D. Spires
Notary Public

My Commission Expires: July 31 2003

INSTRUMENT #030006640
RECORDED IN THE CLERK'S OFFICE OF
HAMPTON ON
MARCH 24, 2003 AT 01:00PM
JAMES P. BOHNAKER, CLERK
BY: _____ DC:

PREPARED BY, AND AFTER RECORDING, PLEASE RETURN TO:
Gregory B. Blanchard, Esquire
47 West Queen's Way
Hampton, Virginia 23669
(757) 727-0853

PAGE THREE OF THREE PAGES

18-2642

## ABSTRACT OF JUDGMENT
Commonwealth of Virginia    VA. CODE § 8.01-449

Case No. _____ GV16011117-00

15-137374

HAMPTON GENERAL DISTRICT COURT - CIVIL

236 N. KING STREET 2ND FL,  HAMPTON, VA 23669

DISTRICT COURT NAME AND ADDRESS

MIDLAND FUNDING LLC

v. SOSA-AVILA, MIGUEL

FULL NAME OF PLAINTIFF (LAST, FIRST, MIDDLE)

FULL NAME OF DEFENDANT (LAST, FIRST, MIDDLE)

ASSIGNEE OF CITIBANK N.A.

ADDRESS

ADDRESS

WILKS 6802 PARAGON PL STE 410
RICHMOND, VA 23230

253 BEAUREGARD, HTS
HAMPTON, VA 23669

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| | | 0000 | | | 0000 |
| DATE OF BIRTH | SSN (LAST FOUR DIGITS ONLY) | | DATE OF BIRTH | SSN (LAST FOUR DIGITS ONLY) | |

FULL NAME OF PLAINTIFF(S)

FULL NAME OF DEFENDANT(S)

ADDRESS

ADDRESS

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| DATE OF BIRTH | SSN (LAST FOUR DIGITS ONLY) | | DATE OF BIRTH | SSN (LAST FOUR DIGITS ONLY) | |

This is to certify that a judgment was rendered in this court in favor of:

[X] PLAINTIFF(S) against DEFENDANT(S)
[ ] DEFENDANT(S) against PLAINTIFF(S)
[ ] _____  v. _____

FILED
2018 JUL 17  AM 9:41
LINDA BATCHELOR SMITH, CLERK
CIRCUIT COURT CLERKS OFFICE
CITY OF HAMPTON VA

| DATE OF JUDGMENT | 12/20/2016 |
|---|---|

$ 3,138.45              AMOUNT OF JUDGMENT

$              AMOUNT OF JUDGMENT NOT SUBJECT TO ACCRUAL OF INTEREST

HOMESTEAD EXEMPTION WAIVED [ ] YES [X] NO [ ] CANNOT BE DEMANDED

$              ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED

INTEREST RATE(S) AND BEGINNING DATE(S)

| COSTS | ATTORNEY'S FEES | ATTORNEY |
|---|---|---|
| $ 55.00 | $ | WILKS |

OTHER.

I certify the above to be a true abstract of a judgment rendered in this court.

05/22/2018
DATE

R. Catauleur [ ] CLERK  [ ] JUDGE


EXHIBIT

ABSTRACT OF JUDGMENT    CASE NUMBER:  GV03001261-00

HAMPTON GENERAL DISTRICT COURT

030001676

|  PLAINTIFF(S)  |  V  |  DEFENDANT(S)  |  |
|---|---|---|---|
| TIDEWATER FAMILY HEALTH CENTERS LTD | NO SSN | MICHELLE IRENE BOBA | 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 |
| C/O HUDSON P O BOX 184 | NO DOB | 408 WALNUT ST | NO DOB |
| WHITE MARSH VA 23183 | | HAMPTON VA 23669 | |

03 - 1676

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT:  03/12/03

AMOUNT OF JUDGMENT:    $1,325.00

OTHER AMOUNT:    $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES    (X) NO    ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED:  N/A

INTEREST:  9    % FROM DOJ

COSTS:    $30.00    ATTORNEY'S FEES:  331.25

ATTORNEY: HUDSON

OTHER AWARDED:

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT

.........4-4-03.........    ..................................
DATE                              DEP    (X) CLERK    ( ) JUDGE

FORM DC-465  4/90  (04/03/03)    PAGE: 131

03 MAY -8 PM 3: 14    JAMES P. BOHNAKER
CITY OF HAMPTON VA.

EXHIBIT
M

## SINGLE FAMILY COMPARABLE RENT SCHEDULE

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property.
Adjustments should be made only for items of significant difference between the comparables and the subject property.

Sinnen-Green & Associates, Inc.

File No.  SG18-309117

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 253 Beauregard Heights Hampton, VA 23669 | 5 Kempers Charge Rd Hampton VA 23669 | | 102 Bear Creek Crossing Hampton, VA 23669 | | 363 Hopemont Cir Hampton, VA 23669 | |
| Proximity to Subject | | 0.36 miles SW | | 0.89 miles SW | | 0.67 miles SE | |
| Date Lease Begins | Unknown | Annually | | Annually | | Annually | |
| Date Lease Expires | Unknown | Annually | | Annually | | Annually | |
| Monthly Rental | If Currently Rented: 1     Unknown | $ | 1,695 | $ | 1,775 | $ | 1,700 |
| Less: Utilities | $ | 0 | $ | 0 | $ | 0 | $ | |
| Furniture | $ | 0 | $ | | $ | | $ | |
| Adjusted Monthly Rent | $ | 0 | $ | 1,695 | $ | 1,775 | $ | 1,700 |
| Data Source | Exterior Inspection, City Records | REIN #10160478,DOM 13 City Records/Exterior Inspection | | REIN #10159575,DOM 172 City Records/Exterior Inspection | | REIN #10160140,DOM 50 City Records/Exterior Inspection | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Rent Concessions | | None | | None | | None | |
| Location/View | N,Res; N,Res; | N,Res; N,Res; | | N,Res; N,Res; | | N,Res; N,Res; | |
| Design and Appeal | DT2.0,Colonial | DT2.0,Colonial | | DT2.0,Colonial | | DT2.0,Colonial | |
| Age/Condition | 49 Average | 45 Average | 0 | 37 Average | 0 | 54 Average | 0 |
| Above Grade Room Count | Total 10 | Bdrm 5 | Baths 2.10 | Total 9 / Bdrm 4 / Baths 2.10 | +75 | Total 10 / Bdrm 5 / Baths 2.10 | 0 | Total 8 / Bdrm 4 / Baths 2.10 | +75 |
| Gross Living Area | 2,551 Sq. Ft. | 2,472 Sq. Ft. | 0 | 2,632 Sq. Ft. | 0 | 2,330 Sq. Ft. | 0 |
| Other (e.g., basement, etc.) | 0sf | 0sf | | 0sf | | 0sf | |
| Other | 2ga2dw Pch,Deck,Enc.Pch. | 2ga2dw Porch,Deck,Lg.Patio | | 2ga2dw Porch,Patio | | 1ga2dw Pch,Pat,Enc.Pch. | +10 |
| Net Adj. (total) | | [X] + [ ] - $ | 75 | [X] + [ ] - $ | 0 | [X] + [ ] - $ | 65 |
| Indicated Monthly Market Rent | | 4.4 $ 1,770 | | 0.0 $ 1,775 | | 5.0 $ 1,785 | |

Comments on market data, including the range of rents for single family properties, an estimate of vacancy for single family rental properties, the general trend of rents and vacancy, and support for the above adjustments. (Rent concessions should be adjusted to the market, not to the subject property.)

The comparables selected are three currently rented homes from the subject's immediate neighborhood as well as other nearby, competing neighborhoods. Adjustments were made for bedroom counts and garages. After the adjustment process was completed, all three comparables illustrated a narrow range of adjusted monthly rental amounts. All three comparables were given consideration in estimating the subject's monthly market rent. Most emphasis was given to Comparable 2 for its similar square footage and similar 5 bedroom design.

Final Reconciliation of Market Rent: All three comparables were given consideration in estimating the subject's monthly market rent. As stated previously, most consideration was given to Comparable 2 for its overall similarity.

I (WE) ESTIMATE THE MONTHLY MARKET RENT OF THE SUBJECT AS OF  10/24/2018    TO BE $  1,775

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Jeffrey D. Ellington | Name |
| Date Report Signed  11/05/2018 | Date Report Signed |
| State Certification #  4001 003646    State VA | State Certification #     State |
| Or State License #    State | Or State License #     State |
| Date Property Inspected 10/24/2018 | Date Property Inspected |
| Certified Residential Real Estate Appraiser | [ ] Did  [ ] Did Not  Inspect Property |

Freddie Mac Form 1000 (6/93)                 Produced using ACI software, 800.234.8727 www.aciweb.com                 Fannie Mae Form 1007
Sinnen-Green & Associates, Inc.

**EXHIBIT N-1**

# SINGLE FAMILY COMPARABLE RENT SCHEDULE

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property.
Adjustments should be made only for items of significant difference between the comparables and the subject property.

Sinnen-Green & Associates, Inc.                    File No.  SG18-309118

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1269 N. King St | 120 E. Little Back River Rd | | 25 Old Fox Hill Rd | | 87 Fox Hill Rd | |
| | Hampton, VA 23669 | Hampton, VA 23669 | | Hampton VA 23669 | | Hampton, VA 23669 | |
| Proximity to Subject | | 0.48 miles NE | | 0.37 miles SE | | 0.48 miles SE | |
| Date Lease Begins | Unknown | Annually | | Annually | | Annually | |
| Date Lease Expires | Unknown | Annually | | Annually | | Annually | |
| Monthly Rental | If Currently Rented: $ Unknown | $ 900 | | $ 995 | | $ 900 | |
| Less: Utilities | $ 0 | $ 0 | | $ 0 | | $ 0 | |
| Furniture | $ | $ | | $ | | $ | |
| Adjusted Monthly Rent | $ 0 | $ 900 | | $ 995 | | $ 900 | |
| Data Source | Exterior Inspection, City Records | REIN #10137067, DOM 307 City Records/Exterior Inspection | | REIN #10178671, DOM 19 City Records/Exterior Inspection | | REIN #10178345, DOM 37 City Records/Exterior Inspection | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Rent Concessions | | None | | None | | None | |
| Location/View | N.Res; N.Res,Traffic | N.Res; N.Res,Traffic | | N.Res; N.Res,Traffic | | N.Res; N.Res,Traffic | |
| Design and Appeal | Ranch | Colonial | 0 | Ranch | | Ranch | |
| Age/Condition | 70 Average | 104 Average | 0 | 60 Average | 0 | 64 Average | 0 |
| Above Grade Room Count | Total 6 / Bdrms 3 / Baths 1.00 | Total 6 / Bdrms 3 / Baths 2.00 | 0 | Total 6 / Bdrms 4 / Baths 2.00 | -75 | Total 5 / Bdrms 3 / Baths 1.00 | 0 |
| Gross Living Area | 1,161 Sq.Ft. | 1,168 Sq.Ft. | 0 | 1,443 Sq.Ft. | 0 | 912 Sq.Ft. | 0 |
| Other (e.g. basement, etc.) | 0sf | 0sf | | 0sf | | 0sf | |
| Other | 1gd4dw Midland | None Pine Grove | +50 0 | 1gd4dw Old Fox Hill | 0 | None Pine Grove | -50 0 |
| Net Adj. (total) | | [X] + - $ | 50 | + [X] - $ | 75 | [X] + - $ | 50 |
| Indicated Monthly | | 5.6 | | 7.5 | | 5.6 | |
| Market Rent | | 5.6 $ 950 | | -7.5 $ 920 | | 5.6 $ 950 | |

Comments on market data, including the range of rents for single family properties, an estimate of vacancy for single family rental properties, the general trend of rents and vacancy and support for the above adjustments. (Rent concessions should be adjusted to the market, not to the subject property.)
The comparables selected are four currently rented homes from the subject's immediate neighborhood as well as other nearby, competing neighborhoods. Adjustments were made for view, amenity (traffic), bedroom counts, and garages. After the adjustment process was completed, all four comparables illustrated a narrow range of adjusted monthly rental amounts. All four comparables were given consideration in estimating the subject's monthly market rent.

Final Reconciliation of Market Rent: All four comparables were given consideration in estimating the subject's monthly market rent.

I (WE) ESTIMATE THE MONTHLY MARKET RENT OF THE SUBJECT AS OF   10/24/2018                          TO BE $            950

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name    Jeffrey D. Ellington | Name |
| Date Report Signed    11/07/2018 | Date Report Signed |
| State Certification #    4001003646    State VA | State Certification #    State |
| Or State License #    State | Or State License #    State |
| Date Property Inspected 10/24/2018 | Date Property Inspected |
| Certified Residential Real Estate Appraiser | ☐ Did  ☐ Did Not  Inspect Property |

Sinnen-Green & Associates, Inc.

EXHIBIT
N-2

## SINGLE FAMILY COMPARABLE RENT SCHEDULE

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property.
Adjustments should be made only for items of significant difference between the comparables and the subject property.

Sinnen-Green & Associates, Inc.

File No. SG18-309118

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 1269 N. King St Hampton, VA 23669 | 69 Cavalier RD Hampton, VA 23669 | | | | | |
| Proximity to Subject | | 0.27 miles NE | | | | | |
| Date Lease Begins | Unknown | Annually | | | | | |
| Date Lease Expires | Unknown | Annually | | | | | |
| Monthly Rental | If Currently Rented: $   Unknown | $ | 995 | $ | | $ | |
| Less: Utilities | $             0 | $ | 0 | $ | | $ | |
| Furniture | $ | $ | | $ | | $ | |
| Adjusted Monthly Rent | $             0 | $ | 995 | $ | | $ | |
| Data Source | Exterior Inspection, City Records | REIN #10164785, DOM 59 City Records/Exterior Inspection | | | | | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Rent Concessions | | None | | | | | |
| Location/View | N.Res, N.Res;Traffic | N.Res, N.Res. | -25 | | | | |
| Design and Appeal | Ranch | Ranch | | | | | |
| Age/Condition | 70 Average | 75 Average | 0 | | | | |
| Above Grade Room Count | Total 6 : Bdrms 3 : Bath 1.00 | Total 6 : Bdrms 3 : Bath 2.00 | 0 | Total : Bdrms : Bath | | Total : Bdrms : Bath | |
| Gross Living Area | 1,161 Sq.Ft. | 1,232 Sq.Ft. | 0 | Sq.Ft. | | Sq.Ft. | |
| Other (e.g., basement, etc.) | 0sf | 0sf | | | | | |
| Other | 1gd4dw Midland | 1ga2dw Cavalier Court | 0 0 | | | | |
| Net Adj. (total) | | + X - $ | 25 | X + - $ | 0 | + - $ | |
| Indicated Monthly | | 2.5 | | 0.0 | | | |
| Market Rent | | -2.5 $ | 970 | 0.0 $ | 0 | $ | |

Comments on market data, including the range of rents for single family properties  an estimate of vacancy for single family rental properties, the general trend of rents and vacancy  and support for the above adjustments  (Rent concessions should be adjusted to the market, not to the subject property )

# SINGLE FAMILY COMPARABLE RENT SCHEDULE

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property
Adjustments should be made only for items of significant difference between the comparables and the subject property.

Sinnen-Green & Associates, Inc.    File No. SG18-309121

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 400 Cedar Ln<br>Hampton, VA 23669 | 103 Walnut St<br>Hampton VA 23669 | | 29 Westover St<br>Hampton, VA 23669 | | 446 Cedar Dr<br>Hampton, VA 23669 | |
| Proximity to Subject | | 0.39 miles NW | | 0.62 miles NW | | 0.22 miles SW | |
| Date Lease Begins | Unknown | Annually | | Annually | | Annually | |
| Date Lease Expires | Unknown | Annually | | Annually | | Annually | |
| Monthly Rental | If Currently<br>Rented: $    Unknown | $    995 | | $    850 | | $    950 | |
| Less: Utilities | $    0 | $    0 | | $    0 | | $    0 | |
| Furniture | $ | $ | | $ | | $ | |
| Adjusted<br>Monthly Rent | $    0 | $    995 | | $    850 | | $    950 | |
| Data Source | Exterior Inspection,<br>City Records | REIN #10176375,DOM 18<br>City Records/Exterior Inspection | | REIN #10179853,DOM 20<br>City Records/Exterior Inspection | | REIN #10222159,DOM 5<br>City Record/Exterior Inspection | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Rent<br>Concessions | | None | | None | | None | |
| Location/View | N,Res;<br>N,Res; | N,Res;<br>N,Res; | | N,Res;<br>N,Res; | | N,Res;<br>N,Res; | |
| Design and Appeal | Ranch | Ranch | | Ranch | | Ranch | |
| Age/Condition | 65<br>Average | 65<br>Good | -50 | 70<br>Average | 0 | 64<br>Average | 0 |
| Above Grade<br>Room Count | Total 5 Bdrms 2 Baths 1.00 | Total 4 Bdrms 2 Baths 1.00 | | Total 4 Bdrms 2 Baths 1.00 | | Total 5 Bdrms 3 Baths 1.00 | -75 |
| Gross Living Area | 768 Sq.ft. | 720 Sq.ft. | 0 | 750 Sq.ft. | 0 | 996 Sq.ft. | 0 |
| Other (e.g. basement, etc.) | 0sf | 0sf | | 0sf | | 0sf | |
| Other | None<br>Fence | None<br>Pine Grove | | None<br>Westover | | None<br>Pine Grove | |
| Net Adj. (total) | | [ ] + [X] - $ | 50 | [X] + [ ] - $ | 0 | [ ] + [X] - $ | 75 |
| Indicated Monthly<br>Market Rent | | -5.0<br>5.0<br>-5.0 $    945 | | 0.0<br>0.0 $    850 | | 7.9<br>-7.9 $    875 | |

Comments on market data including the range of rents for single family properties, an estimate of vacancy for single family rental properties, the general trend
of rents and vacancy and support for the above adjustments. (Rent concessions should be adjusted to the market, not to the subject property.)
The comparables selected are four currently rented homes from the subject's immediate neighborhood as well as other nearby, competing neighborhoods. Adjustments
were made for overall condition, bedroom counts, and neighborhood locations. After the adjustment process was completed, all four comparables illustrated a narrow
range of adjusted monthly rental amounts. All four comparables were given consideration in estimating the subject's monthly market rent.

Final Reconciliation of Market Rent. All four comparables were given consideration in estimating the subject's monthly market rent.

I (WE) ESTIMATE THE MONTHLY MARKET RENT OF THE SUBJECT AS OF    10/24/2018    TO BE $    875

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name    Jeffrey D. Ellington | Name |
| Date Report Signed    11/06/2018 | Date Report Signed |
| State Certification #    4001003646    State  VA | State Certification #    State |
| Or State License #    State | Or State License #    State |
| Date Property Inspected 10/24/2018 | Date Property Inspected |
| Certified Residential Real Estate Appraiser | [ ] Did    [ ] Did Not  Inspect Property |

Fredilie Mac Form 1000 (6/93)    Produced using ACI software, 800.234.8727 www.aciweb.com    Forms Mac Form 1201
Sinnen-Green & Associates, Inc.

EXHIBIT
tabbies
N-3

## SINGLE FAMILY COMPARABLE RENT SCHEDULE

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property.
Adjustments should be made only for items of significant difference between the comparables and the subject property.

Sinnen-Green & Associates, Inc.                    File No.  SG18-309121

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 400 Cedar Ln  Hampton, VA 23669 | 6 Salem St  Hampton, VA 23669 | | | | | |
| Proximity to Subject | | 0.86 miles SW | | | | | |
| Date Lease Begins | Unknown | Annually | | | | | |
| Date Lease Expires | Unknown | Annually | | | | | |
| Monthly Rental | If Currently  Rented: $   Unknown | $            650 | $ | $ | | $ | |
| Less: Utilities | $            0 | $            0 | $ | $ | | $ | |
| Furniture | $ | $            0 | $ | $ | | $ | |
| Adjusted  Monthly Rent | $            0 | $            850 | $ | $ | | $ | |
| Data Source | Exterior Inspection,  City Records | REIN #10211387, DOM 63  City Records/Exterior Inspection | | | | | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Rent  Concessions | | None | | | | | |
| Location/View | N.Res,  N.Res, | N.Res  N.Res, | | | | | |
| Design and Appeal | Ranch | Ranch | | | | | |
| Age/Condition | 65  Average | 50  Average | 0 | | | | |
| Above Grade  Room Count | Tetl  Bdrms  Baths  5    2    1.00 | Tetl  Bdrms  Baths  4    2    1.00 | | Tetl  Bdrms  Baths | | Tetl  Bdrms  Baths | |
| Gross Living Area | 768 Sq.Ft. | 776 Sq.Ft. | 0 | Sq.Ft. | | Sq.Ft. | |
| Other (e.g. basement  etc.) | 0sf | 0sf | | | | | |
| Other | None  Fence | None  Chambersville | +25 | | | | |
| Net Adj. (total) | | [x] +    [ ] -  $ | 25 | [ ] +   [ ] -  $ | | [ ] +   [ ] -  $ | |
| Indicated Monthly | | 2.9 | | $ | | $ | |
| Market Rent | | 2.9  $     875 | | $ | | $ | |

Comments on market data including the range of rents for single family properties an estimate of vacancy for single family rental properties the general trend of rents and vacancy and support for the above adjustments. (Rent concessions should be adjusted to the market, not to the subject property.)

## SINGLE FAMILY COMPARABLE RENT SCHEDULE

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property
Adjustments should be made only for items of significant difference between the comparables and the subject property

Sinnen-Green & Associates, Inc.

File No. SG18-309120

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 112 Beverly St Hampton, VA 23669 | 103 Walnut St Hampton, VA 23669 | | 402 Pine Grove Ave Hampton, VA 23669 | | 446 Cedar Dr Hampton, VA 23669 | |
| Proximity to Subject | | 0.18 miles SW | | 0.15 miles SE | | 0.55 miles SE | |
| Date Lease Begins | Unknown | Annually | | Annually | | Annually | |
| Date Lease Expires | Unknown | Annually | | Annually | | Annually | |
| Monthly Rental | If Currently Rented. $ Unknown | $ | 995 | $ | 895 | $ | 950 |
| Less: Utilities | $ 0 | $ | 0 | $ | 0 | $ | 0 |
| Furniture | $ | $ | | $ | | $ | |
| Adjusted Monthly Rent | $ | $ | 995 | $ | 895 | $ | 950 |
| Data Source | Exterior Inspection. City Records | REIN #10176375, DOM 18 City Records/Exterior Inspection | | REIN #10160477, DOM 41 City Records/Exterior Inspection | | REIN #10222159, DOM 5 City Records/Exterior Inspection | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Rent Concessions | | None | | None | | None | |
| Location/View | N.Res, N.Res, | N.Res, N.Res, | | N.Res, N.Res, | | N.Res, N.Res, | |
| Design and Appeal | Ranch | Ranch | | Ranch | | Ranch | |
| Age/Condition | 66 Average | 65 Good | 0 -50 | 66 Average | | 64 Average | 0 |
| Above Grade Room Count | 7 : 3 : 1.00 | 4 : 2 : 1.00 | +75 | 6 : 3 : 1.00 | 0 | 5 : 3 : 1.00 | 0 |
| Gross Living Area | 1,440 sq ft. | 720 sq ft. | +60 | 864 sq ft. | -50 | 996 sq ft. | +40 |
| Other (e.g. basement, etc.) | 0sf | 0sf | | 0sf | | 0sf | |
| Other | Det. Garage Pine Grove | None Pine Grove | +50 | None Pine Grove | +50 | None Pine Grove | +50 |
| Net Adj. (total) | | [X] + □ - $ | 135 | [X] + □ - $ | 100 | [X] + □ - $ | 90 |
| Indicated Monthly Market Rent | | 23.6 136 $ | 1,130 | 11.2 112 $ | 995 | 9.5 9.5 $ | 1,040 |

Comments on market data, including the range of rents for single family properties, an estimate of vacancy for single family rental properties, the general trend of rents and vacancy and support for the above adjustments. (Rent concessions should be adjusted to the market, not to the subject property.)
The comparables selected are four currently rented homes from the subject's immediate neighborhood as well as other nearby, competing neighborhoods. Adjustments were made for overall condition, bedroom counts, square footages and detached garages. After the adjustment process was completed, all four comparables illustrated a narrow range of adjusted monthly rental amounts. All four comparables were given consideration in estimating the subject's monthly market rent.

Final Reconciliation of Market Rent: All four comparables were given consideration in estimating the subject's monthly market rent.

I (WE) ESTIMATE THE MONTHLY MARKET RENT OF THE SUBJECT AS OF 10/24/2018 TO BE $ 1,000

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name Jay E. L. Edington | Name |
| Date Report Signed 11/06/2018 | Date Report Signed |
| State Certification # 4001.003646 State VA | State Certification # State |
| Or State License # State | Or State License # State |
| Date Property Inspected 10/24/2018 | Date Property Inspected |
| Certified Residential Real Estate Appraiser | □ Did □ Did Not Inspect Property |

7 dates Mac 1 pm 1000 (3/93)

Produced using ACI software, 800 234 8727 www.aciweb.com
Sinnen Green & Associates, Inc.

1 anna Mac Form 1000 (3/93)

**EXHIBIT**
**N-4**

## SINGLE FAMILY COMPARABLE RENT SCHEDULE

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property.
Adjustments should be made only for items of significant difference between the comparables and the subject property.

Sinnen-Green & Associates, Inc.    File No.  SG18-309120

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 112 Beverly St Hampton VA 23669 | 105 Forrest St Hampton, VA 23669 | | | | | |
| Proximity to Subject | | 0.12 miles SW | | | | | |
| Date Lease Begins | Unknown | Annually | | | | | |
| Date Lease Expires | Unknown | Annually | | | | | |
| Monthly Rental | If Currently Rented: $   Unknown | $ | 950 | $ | | $ | |
| Less: Utilities | $             0 | $ | 0 | $ | | $ | |
| Furniture | $ | $ | 0 | $ | | $ | |
| Adjusted Monthly Rent | $             0 | $ | 950 | $ | | $ | |
| Data Source | Exterior Inspection, City Records | REIN #101B9858,DOM 28 City Records/Exterior Inspection | | | | | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Rent Concessions | | None | | | | | |
| Location/View | N.Res. N.Res. | N.Res. N.Res. | | | | | |
| Design and Appeal | Ranch | Ranch | | | | | |
| Age/Condition | 56 Average | 68 Average | 0 | | | | |
| Above Grade Room Count | Total  Bdrms  Baths 7    3    1.00 | Total  Bdrms  Baths 6    3    1.00 | 0 | Total  Bdrms  Baths | | Total  Bdrms  Baths | |
| Gross Living Area | 1,440 Sq.Ft. | 999 Sq.Ft. | -40 | Sq.Ft. | | Sq.Ft. | |
| Other (e.g. basement, etc.) | 0sf | 0sf | | | | | |
| Other | Det. Garage Pine Grove | Det. Garage Pine Grove | | | | | |
| Net Adj. (total) | | X + ☐ - $ | 40 | + ☐ - $ | | + ☐ - $ | |
| Indicated Monthly Market Rent | | 4.2 4.2 $ | 990 | $ | | $ | |

Comments on market data  including the range of rents for single family properties, an estimate of vacancy for single family rental properties, the general trend of rents and vacancy  and support for the above adjustments. (Rent concessions should be adjusted to the market  not to the subject property.)

# SINGLE FAMILY COMPARABLE RENT SCHEDULE

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property.
Adjustments should be made only for items of significant difference between the comparables and the subject property

Sinnen-Green & Associates, Inc.                                    File No.   SG18-309119

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 | | | |
|---|---|---|---|---|---|---|---|
| Address | 329 Walnut St | 103 Walnut St | 29 Westover St | 446 Cedar Dr | | | |
| | Hampton, VA 23669 | Hampton VA 23669 | Hampton, VA 23669 | Hampton, VA 23669 | | | |
| Proximity to Subject | | 0.34 miles NW | 0.58 miles SW | 0.25 miles SW | | | |
| Date Lease Begins | Unknown | Annually | Annually | Annually | | | |
| Date Lease Expires | Unknown | Annually | Annually | Annually | | | |
| Monthly Rental | If Currently | | | | | | |
| | Rented: $  Unknown | $              995 | $              850 | $              950 | | | |
| Less: Utilities | $            0 | $              0 | $              0 | $              0 | | | |
| Furniture | $ | $ | $ | $ | | | |
| Adjusted | | | | | | | |
| Monthly Rent | $            0 | $              995 | $              850 | $              950 | | | |
| Data Source | Exterior Inspection, City Records | REIN #10176375,DOM 18 City Records/Exterior Inspection | REIN #10179853,DOM 20 City Records/Exterior Inspection | REIN #10222159,DOM 5 City Records/Exterior Inspection | | | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Rent Concessions | | None | | None | | None | |
| Location/View | N.Res; N.Res; | N.Res; N.Res; | | N.Res; N.Res; | | N.Res; N.Res; | |
| Design and Appeal | Ranch | Ranch | | Ranch | | Ranch | |
| Age/Condition | 65 Average | 65 Good | -50 | 70 Average | 0 | 64 Average | 0 |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 4 / 2 / 1.00 | 4 / 2 / 1.00 | | 4 / 2 / 1.00 | | 5 / 3 / 1.00 | -75 |
| Gross Living Area | 768 Sq.Ft. | 720 Sq.Ft. | 0 | 750 Sq.Ft. | 0 | 996 Sq.Ft. | 0 |
| Other (e.g. basement etc.) | 0sf | 0sf | | 0sf | | 0sf | |
| Other | None Pine Grove | None Pine Grove | | None Westover | 0 | None Pine Grove | |
| Net Adj. (total) | | + [X] - | 50 | [X] + - | 0 | + [X] - | 75 |
| Indicated Monthly | | 5.0 | | 0.0 | | 7.9 | |
| Market Rent | | -5.0 $          945 | | 0.0 $          850 | | -7.9 $          875 | |

Comments on market data including the range of rents for single family properties, an estimate of vacancy for single family rental properties, the general trend
of rents and vacancy, and support for the above adjustments (Rent concessions should be adjusted to the market, not to the subject property)

The comparables selected are four currently rented homes from the subject's immediate neighborhood as well as other nearby, competing neighborhoods. Adjustments
were made for overall condition, bedroom counts, and neighborhood locations. After the adjustment process was completed, all four comparables illustrated a narrow
range of adjusted monthly rental amounts. All four comparables were given consideration in estimating the subject's monthly market rent.

Final Reconciliation of Market Rent. All four comparables were given consideration in estimating the subject's monthly market rent.

I (WE) ESTIMATE THE MONTHLY MARKET RENT OF THE SUBJECT AS OF   10/24/2018                        TO BE $              875

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Jeffrey D. Ellington | Name |
| Date Report Signed   11/05/2018 | Date Report Signed |
| State Certification #   4001003646          State  VA | State Certification #                     State |
| Or State License #                          State | Or State License #                        State |
| Date Property Inspected 10/24/2018 | Date Property Inspected |
| Certified Residential Real Estate Appraiser | [ ] Did [ ] Did Not  Inspect Property |

Freddie Mac Form 1000 (6/93)                    Produced using ACI software, 800.234.8727 www.aciweb.com                Fannie Mae Form 1007 6/93
                                                Sinnen-Green & Associates, Inc.

**EXHIBIT**

**N-5**

## SINGLE FAMILY COMPARABLE RENT SCHEDULE

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property.
Adjustments should be made only for items of significant difference between the comparables and the subject property

Sinnen-Green & Associates, Inc.

File No. SG18-309119

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 329 Walnut St Hampton, VA 23669 | 6 Salem St Hampton, VA 23669 | | | | | |
| Proximity to Subject | | 0.87 miles SW | | | | | |
| Date Lease Begins | Unknown | Annually | | | | | |
| Date Lease Expires | Unknown | Annually | | | | | |
| Monthly Rental | If Currently Rented: $    Unknown | $                    850 | $ | | $ | | |
| Less: Utilities | $                0 | $                    0 | $ | | $ | | |
| Furniture | $ | $                    0 | $ | | $ | | |
| Adjusted Monthly Rent | $                0 | $                    850 | $ | | $ | | |
| Data Source | Exterior Inspection. City Records | REIN #10211387, DOM 63 City Records/Exterior Inspection | | | | | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Rent Concessions | | None | | | | | |
| Location/View | N.Res. N.Res. | N Res. N.Res. | | | | | |
| Design and Appeal | Ranch | Ranch | | | | | |
| Age/Condition | 65 Average | 50 Average | 0 | | | | |
| Above Grade Room Count | Total 4 : Bdrms 2 : Baths 1.00 | Total 4 : Bdrms 2 : Baths 1.00 | | Total : Bdrms : Baths | | Total : Bdrms : Baths | |
| Gross Living Area | 760 Sq. Ft. | 776 Sq. Ft. | 0 | Sq. Ft. | | Sq. Ft. | |
| Other (e.g. basement etc.) | 0sf | 0sf | | | | | |
| Other | None Pine Grove | None Chambersville | +25 | | | | |
| Net Adj. (total) | | X + | 25 | + - | $ | + - | $ |
| Indicated Monthly Market Rent | | 2.9 2.9 875 | $ | | $ | | $ |

Comments on market data, including the range of rents for single family properties  an estimate of vacancy for single family rental properties, the general trend of rents and vacancy  and support for the above adjustments. (Rent concessions should be adjusted to the market, not to the subject property.)

LAW OFFICES OF

# CHAMPLIN & FOREMAN, PLLC

1919 Huguenot Road
North Chesterfield, Virginia 23235
Telephone: (804) 379-1900
Fax: (804) 379-5407

June 5, 2020

**VIA U.S. MAIL ONLY**

Hon. Linda Batchelor Smith
Hampton Circuit Court
P.O. Box 40
237 N. King Street
Hampton, VA 23669

> **Re:** **Cruz Elisa Matilde de Sosa a/k/a Eliza Sosa v. Michelle Irena Sosa,**
> **Administratrix for the Estate of Juan Manuel Sosa Avila, and Miguel Sosa**
> **Avila**
> **Case No.: CL19-496-00**

Dear Hon. Linda Batchelor Smith:

   I hope your office is doing well. Please file the attached Motion and Decree in your usual manner.

   Ms. Durham is also Cc'd on this correspondence as we previously discussed the pleadings with her via email and telephone.

   Please do not hesitate to contact us if you have questions or require further information.

Sincerely,

Brian L. Fayman, Esq.

BLF/yg

(Enclosures)

Cc:   E. Wayne Powell, Esq (via email only)
      Geril Garcia (via email only)
      Ms. Beth Durham (via email)

# EXHIBIT 8

**VIRGINIA:**

### IN THE CIRCUIT COURT OF THE CITY OF HAMPTON

| | | |
|---|---|---|
| **CRUZ ELISA MATILDE DE SOSA,** | ) | |
| **AKA ELIZA SOSA,** | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No.: CL19000496-00** |
| | ) | |
| **MICHELLE IRENE SOSA,** | ) | |
| **Administratrix for the Estate of** | ) | |
| **Juan Manuel Sosa Avila** | ) | |
| **and** | ) | |
| **MIGUEL SOSA AVILA,** | ) | |
| **An Individual,** | ) | |
| **and** | ) | |
| **SAMUEL I. WHITE, P.C.,** | ) | |
| **Trustee,** | ) | |
| **and** | ) | |
| **NECTAR PROJECTS INC.,** | ) | |
| **Trustee,** | ) | |
| **and** | ) | |
| **EQUITY TRUSTEES, LLC,** | ) | |
| **Trustee,** | ) | |
| **and** | ) | |
| **PRLAP, INC.,** | ) | |
| **Trustee,** | ) | |
| **and** | ) | |
| **MIDLAND FUNDING LLC,** | ) | |
| **Judgment Creditor,** | ) | |
| **and** | ) | |
| **TIDEWATER FAMILY HEALTH** | ) | |
| **CENTERS LTD.,** | ) | |
| **Judgment Creditor,** | ) | |
| **and** | ) | |
| **FEDERAL NATIONAL MORTGAGE** | ) | |
| **ASSOCIATION,** | ) | |
| **Creditor,** | ) | |
| **and** | ) | |
| **BANK OF AMERICA, N.A.,** | ) | |
| **Creditor,** | ) | |
| **and** | ) | |
| **SELECT PORTFOLIO SERVICING,** | ) | |
| **INC.,** | ) | |
| **Creditor,** | ) | |
| *Defendants.* | | |

## MOTION FOR DECREE OF REFERENCE

Comes now your Petitioner, Cruz Elisa Matilde De Sosa a/k/a Eliza Sosa,

hereinafter (the "Plaintiff") by Counsel, and respectfully moves the Court for the entry of

a Decree of Reference referring certain matters in this cause to J. Robert Harris, III, Esquire,

as a Commissioner in Chancery, there being good cause in this matter for the appointment of

a Commissioner in Chancery who will inquire and report as follows:

1. The real estate owned by defendant, **MIGUEL SOSA AVILA** (the "Defendant"),

   wheresoever located in Hampton, Virginia: including, but not limited to the

   following properties:

   a.      253 Beauregard Heights, Hampton, Virginia 23669 ("Property 1")

   b.      1269 North King Street, Hampton, Virginia 23669 ("Property 2")

   c.      400 Cedar Drive, Hampton, Virginia 23669 ("Property 3")

   d.      112 Beverly Street, Hampton, Virginia 23669 ("Property 4")

   e.      329 Walnut Street, Hampton, Virginia 23669 ("Property 5")

2. An account of all delinquent taxes on the real estate and all other liens binding on the

   real estate, the amounts, and the order of their priorities.

3. The rental value and fee simple value of the real estate owned by the Defendant, and

   whether the rents and profits therefrom will in five (5) years satisfy the liens binding

   on same, if rented out by decree of Court.

4. To ascertain and report whether all parties in interest are properly before the Court.

5. To report all matters deemed pertinent by the Commissioner, and such matters

   concerning, which he requested to report by any party in interest, if the same be

   pertinent to the issues in this cause.

Respectfully Submitted,
CRUZ ELISA MATILDE DE SOSA

By: _____
                    Counsel

*Counsel for Plaintiff*

E. Wayne Powell, Esq (VSB# 19550)
Powell Law Group, PC
14407 Justice Road
Midlothian, Virginia 23113-6902
Phone: (804) 794-4030
Facsimile: (804) 794-6576

*Co-Counsel for Plaintiff*

By: _____

Brian L. Fayman, Esq. (VSB# 80351)
CHAMPLIN & FOREMAN, PLLC
1919 Huguenot Road
North Chesterfield, Virginia 23235
Telephone: (804) 379-1900
Facsimile: (804) 379-9547
bfayman@cflawrva.com

## CERTIFICATE OF SERVICE

We hereby certify that a true copy of the foregoing Decree was mailed first class, postage prepaid, this 5th day of June 2020, to the following:

MICHELLE IRENE SOSA, Administratrix for the Estate of Juan Manuel Sosa Avila,
253 Beauregard Hts.,
Hampton, Virginia 23669;

David S. Dildy, Esq.
Robert E. Long and Associates, Ltd
5 West Queen's Way
Hampton, VA 23669;

MIGUEL SOSA AVILA, Individual
253 Beuregard Hts.
Hampton, VA 23669;

William Adam White, Registered Agent for:
SAMUEL I. WHITE, P.C., Trustee,
5040 Corporate Woods Dr,
Suite 120,
Virginia Beach, VA 23462;

Tina B. McDaniel, Registered Agent for:
NECTAR PROJECTS INC., Trustee,
1402 Ribbon Limestone Terrace SE
Leesburg, VA 20175;

Howard N. Bierman, Registered Agent for:
EQUITY TRUSTEES, LLC Trustee,
2101 Wilson Blvd.,
Suite 1004,
Arlington, VA 22201;

CT Corporation System, Registered Agent for:
PRLAP, INC., Trustee,
4701 Cox Road,
Suite 285,
Glenn Allen, VA 23060;

Corporation Service Company, Registered Agent for:
MIDLAND FUNDING LLC, Judgment Creditor
100 Shockoe Slip,
2nd Floor,
Richmond, VA 23219;

TIDEWATER FAMILY HEALTH CENTERS LTD., Judgment Creditor
P.O. Box 184, White Marsh, VA 23183;
Ron Jean, Registered Agent for:
FEDERAL NATIONAL MORTGAGE ASSOCIATION, Creditor,
3900 Wisconsin Avenue NW,
Washington, D.C. 20016;

CT Corporation System Registered Agent for:
BANK OF AMERICA, N.A., Creditor,
4701 Cox Road,
Suite 285,
Glen Allen, VA 23060;

Corporation Service Company, Registered Agent for:
SELECT PORTFOLIO SERVICING, INC., Creditor,
100 Shockoe Slip,
2nd Floor,
Richmond, VA 23219;

J. Robert Harris, III
Hampton Commissioner in Chancery
34 Queens Way
Hampton, VA 23669.

*Counsel for Plaintiff*

By: _____

E. Wayne Powell, Esq (VSB# 19550)
Powell Law Group, PC
14407 Justice Road
Midlothian, Virginia 23113-6902
Phone: (804) 794-4030
Facsimile: (804) 794-6576

*Co-Counsel for Plaintiff*

By: _____

Brian L. Fayman, Esq. (VSB# 80351)
CHAMPLIN & FOREMAN, PLLC
1919 Huguenot Road
North Chesterfield, Virginia 23235
Telephone: (804) 379-1900
Facsimile: (804) 379-9547
bfayman@cflawrva.com

# EXHIBIT 9

**VIRGINIA:**

## IN THE CIRCUIT COURT OF THE CITY OF HAMPTON

| | |
|---|---|
| **CRUZ ELISA MATILDE DE SOSA,** ) <br> **AKA ELIZA SOSA,** ) <br>    *Plaintiff,* ) <br> ) <br> **v.** ) <br> ) <br> **MICHELLE IRENE SOSA,** ) <br> **Administratrix for the Estate of** ) <br> **Juan Manuel Sosa Avila** ) <br>    **and** ) <br> **MIGUEL SOSA AVILA,** ) <br> **An Individual,** ) <br>    **and** ) <br> **SAMUEL I. WHITE, P.C.,** ) <br> **Trustee,** ) <br>    **and** ) <br> **NECTAR PROJECTS INC.,** ) <br> **Trustee,** ) <br>    **and** ) <br> **EQUITY TRUSTEES, LLC,** ) <br> **Trustee,** ) <br>    **and** ) <br> **PRLAP, INC.,** ) <br> **Trustee,** ) <br>    **and** ) <br> **MIDLAND FUNDING LLC,** ) <br> **Judgment Creditor,** ) <br>    **and** ) <br> **TIDEWATER FAMILY HEALTH** ) <br> **CENTERS LTD.,** ) <br> **Judgment Creditor,** ) <br>    **and** ) <br> **FEDERAL NATIONAL MORTGAGE** ) <br> **ASSOCIATION,** ) <br> **Creditor,** ) <br>    **and** ) <br> **BANK OF AMERICA, N.A.,** ) <br> **Creditor,** ) <br>    **and** ) <br> **SELECT PORTFOLIO SERVICING,** ) <br> **INC.,** ) <br> **Creditor,** ) <br>    *Defendants.* | **Case No.: CL19000496-00** |

## CHANCERY DECREE OF REFERENCE

This cause, which has been regularly matured upon Complaint, by Plaintiff, and Answers, where filed of the Defendants and/or Trustees, and upon Motion by the Plaintiff.

Upon consideration whereof, this cause is referred to J. Robert Harris, III, one of the Commissioners in Chancery of this Court, who will inquire and report as follows:

1.  The real estate owned by defendant, **MIGUEL SOSA AVILA** (the "Defendant"), wheresoever located in Hampton, Virginia: including, but not limited to the following properties:

    a.  253 Beauregard Heights, Hampton, Virginia 23669 ("Property 1")

    b.  1269 North King Street, Hampton, Virginia 23669 ("Property 2")

    c.  400 Cedar Drive, Hampton, Virginia 23669 ("Property 3")

    d.  112 Beverly Street, Hampton, Virginia 23669 ("Property 4")

    e.  329 Walnut Street, Hampton, Virginia 23669 ("Property 5")

2.  An account of all delinquent taxes on the real estate and all other liens binding on the real estate, the amounts, and the order of their priorities.

3.  The rental value and fee simple value of the real estate owned by the Defendant, and whether the rents and profits therefrom will in five (5) years satisfy the liens binding on same, if rented out by decree of Court.

4.  To ascertain and report whether all parties in interest are properly before the Court.

5.  To report all matters deemed pertinent by the Commissioner, and such matters concerning, which he requested to report by any party in interest, if the same be pertinent to the issues in this cause.

ENTER: _____
                    Judge

DATE: _____

**WE ASK FOR THIS:**

*Counsel for Plaintiff*

By: _____

E. Wayne Powell, Esq (VSB# 19550)
Powell Law Group, PC
14407 Justice Road
Midlothian, Virginia 23113-6902
Phone: (804) 794-4030
Facsimile: (804) 794-6576

*Co-Counsel for Plaintiff*

By: _____

Brian L. Fayman, Esq. (VSB# 80351)
CHAMPLIN & FOREMAN, PLLC
1919 Huguenot Road
North Chesterfield, Virginia 23235
Telephone: (804) 379-1900
Facsimile: (804) 379-9547
bfayman@cflawrva.com

**SEEN AND** _Declined to sign as_

David S. Dildy, Esq.
Robert E. Long and Associates, Ltd
5 West Queen's Way
Hampton, VA 23669

*Counsel for Defendant*, Miguel Sosa Avila

## CERTIFICATE OF SERVICE

We hereby certify that a true copy of the foregoing Decree was mailed first class, postage prepaid, this 5th day of June 2020, to the following:

MICHELLE IRENE SOSA, Administratrix for the Estate of Juan Manuel Sosa Avila,
253 Beauregard Hts.,
Hampton, Virginia 23669;

David S. Dildy, Esq.
Robert E. Long and Associates, Ltd
5 West Queen's Way
Hampton, VA 23669;

William Adam White, Registered Agent for:
SAMUEL I. WHITE, P.C., Trustee,
5040 Corporate Woods Dr,
Suite 120,
Virginia Beach, VA 23462;

Tina B. McDaniel, Registered Agent for:
NECTAR PROJECTS INC., Trustee,
1402 Ribbon Limestone Terrace SE
Leesburg, VA 20175;

Howard N. Bierman, Registered Agent for:
EQUITY TRUSTEES, LLC Trustee,
2101 Wilson Blvd.,
Suite 1004,
Arlington, VA 22201;

CT Corporation System, Registered Agent for:
PRLAP, INC., Trustee,
4701 Cox Road,
Suite 285,
Glenn Allen, VA 23060;

Corporation Service Company, Registered Agent for:
MIDLAND FUNDING LLC, Judgment Creditor
100 Shockoe Slip,
2nd Floor,
Richmond, VA 23219;

TIDEWATER FAMILY HEALTH CENTERS LTD., Judgment Creditor
P.O. Box 184
White Marsh, VA 23183;

Ron Jean, Registered Agent for:
FEDERAL NATIONAL MORTGAGE ASSOCIATION, Creditor,
3900 Wisconsin Avenue NW,
Washington, D.C. 20016;

CT Corporation System Registered Agent for:
BANK OF AMERICA, N.A., Creditor,
4701 Cox Road,
Suite 285,
Glen Allen, VA 23060;

Corporation Service Company, Registered Agent for:
SELECT PORTFOLIO SERVICING, INC., Creditor,
100 Shockoe Slip,
2nd Floor,
Richmond, VA 23219;

J. Robert Harris, III
Hampton Commissioner in Chancery
34 Queens Way
Hampton, VA 23669.


*Counsel for Plaintiff*

By: _____ for EWP

E. Wayne Powell, Esq (VSB# 19550)
Powell Law Group, PC
14407 Justice Road
Midlothian, Virginia 23113-6902
Phone: (804) 794-4030
Facsimile: (804) 794-6576


*Co-Counsel for Plaintiff*

By: _____

Brian L. Fayman, Esq. (VSB# 80351)
CHAMPLIN & FOREMAN, PLLC
1919 Huguenot Road
North Chesterfield, Virginia 23235
Telephone: (804) 379-1900
Facsimile: (804) 379-9547
bfayman@cflawrva.com

I certify that the document to which
this authentication is affixed is a true
copy of an original record in the
Hampton Circuit Court, that I have the
custody of the record and I am the
custodian of that record.

LINDA BATCHELOR SMITH, CLERK

By _____ *Deputy Clerk*

# **EXHIBIT 10**

**VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF HAMPTON**

**CRUZ ELISA MATILDE DE SOSA,
AKA ELIZA SOSA,**

                    **Plaintiff,**

v.                                                          **CASE NO.: CL19-496**

**MICHELLE IRENE SOSA,** *et als*,

                    **Defendants.**

                    **REPORT OF COMMISSIONER**

        By Decree of Reference entered, your Commissioner was referred to report on the inquiries set forth therein, and your Commissioner reports as follows:

    1.   Upon initial inquiry, your Commissioner notes that the Default Judgment entered by this Court on March 26, 2019, (the Judgment) was against, *inter alia*, Miguel Sosa Avila. (Exhibit A of Complaint)   The real properties (the "Properties") that were the subject of the Decree of Reference are titled as follows:

| Property | | Title Owner |
|---|---|---|
| Property 1 | 253 Beauregard Hgts, Hampton, Virginia | Miguel A. Sosa |
| Property 2 | 1269 N. King Street, Hampton, Virginia | Miguel A. Sosa |
| Property 3 | 400 Cedar Drive, Hampton, Virginia | Miguel Sosa |
| Property 4 | 112 Beverly Street, Hampton, Virginia | Miguel A. Sosa |
| Property 5 | 329 Walnut Street, Hampton, Virginia | Miguel A. Sosa |
| Other: | 431 Walnut Street, Hampton, Virginia | Miguel Sosa |

    2.   Upon investigation by your Commissioner, and information provided by Plaintiff's counsel, Miguel A. Sosa and Miguel Sosa Avila (also known as Miguel Sosa Avilia, Miguel Sosa-Avilia, Miguel Angel Sosa Avilia and Miguel Angel Sosa) and are one and the same person.  That information is as follows:

Commissioner's Exhibit 1 – Abstract of Judgment against Miguel Sosa Avilia whose address is 253 Beauregard Hts, Hampton, Virginia (Property 1) by the Hampton General District Court dated December 20, 2016.

Commissioner's Exhibit 2 – Abstract of Judgment against Miguel A. Sosa whose address is 253 Beauregard Hts, Hampton, Virginia (Property 1) by the Hampton General District Court dated June 25, 2019.

1

Commissioner's Exhibit 3 – Garnishment Summons issued against Miguel Sosa-Avilia whose address is 253 Beauregard Hgts, Hampton, Virginia (Property 1) and last four digits of his Social Security Number are "1639", by the Hampton General District Court dated October 2, 2018.

Commissioner's Exhibit 4 – Judgment Affidavit sworn to by Miguel A. Sosa stating that the last four digits of his Social Security Number are "1639" dated February 7, 2020.

Commissioner's Exhibit 5 – Virginia Uniform Summons (traffic) citing Miguel A. Sosa residing at 253 Beauregard Hgts, Hampton, Virginia (Property 1), date of birth July 18, 1969 and Operators License #T60392645.

Commissioner's Exhibit 6 – Virginia Uniform Summons (traffic) citing Miguel Angel Sosa Avila residing at 253 Beauregard Hgts, Hampton, Virginia (Property 1), date of birth July 18, 1969, and Operators License #T6039345.

Commissioner's Exhibit 7 – Report of Divorce or Annulment filed in the Circuit Court for the City of Hampton, Virginia in which the husband is named Miguel Angel Sosa, date of birth July 18, 1969, Social Security Number 230-67-**1639**, whose usual residence is 1269 North King Street, Hampton, Virginia (Property 2).

Based on the above, the evidence is clear and convincing that Miguel A. Sosa, Miguel Sosa Avila, Miguel Sosa-Avilia, Miguel Angel Sosa Avila and Miguel Angel Sosa are one and the same person and a proper party.

3. Your Commissioner was directed to make the inquiries on the real properties named in the Decree of Reference and your Commissioner reports as follows:

**Property 1 - 253 Beauregard Heights**
The property is titled in the name of Miguel A. Sosa solely. (Exhibit C of Complaint) There is a deed of trust on the real property recorded as Document #130012787 dated July 17, 2013, to Samuel I. White P.C., Trustee securing Bank of America, N.A. in the original amount of $203,100.00 due in full on or before August 1, 2043, and assigned to the Federal National Mortgage Association in Document #150013728 (Exhibit D of Complaint). Real estate taxes and storm water fees are current through June 2021 (Commissioner's Exhibit 8).

**Property 2 – 1269 North King Street**
The property is titled in the name of Miguel A. Sosa solely (Exhibit E of Complaint). There is a deed of trust on the real property recorded as Document #060021083 dated August 14, 2006 to PRLAP, Inc., Trustee securing Bank of

America, N.A. in the original amount of $124,000.00 due in full on or before September 1, 2036, and assigned to OCWEN LOAN SERVICING, LLC in Document #170004783 (Exhibit F of Complaint). Real estate taxes are current and paid through June 2021 (Commissioner's Exhibit 9).

### Property 3 – 400 Cedar Drive

The property is titled in the name of Miguel Sosa solely (Exhibit G). There is a credit line deed of trust on the real property recorded as Document #060020935 dated June 5, 2006, to PRLAP, Inc., Trustee, securing Bank of America, N.A. in the original amount of $70,000.00 due in full on or before June 5, 2031 (Exhibit H of Complaint) and assigned to GREENWICH REVOLVING TRUST in Document #200000336 (Commissioner's Exhibit 10). A Substitute Trustee was appointed in Document #190005603. (Commissioner's Exhibit 1) A Notice of Default was filed by Citibank as Document #190005876. (Commissioner's Exhibit 12) Taxes on the real property are current through June 2021. (Commissioner's Exhibit 13).

### Property 4 – 112 Beverly Street

The property is titled in the name of Miguel A. Sosa solely (Exhibit I of Complaint). There is a credit line deed of trust on the real property recorded as Document #060020687 dated June 5, 2006, to PRLAP, Inc., Trustee securing Bank of America, N.A. in the original amount of $90,000.00 due in full on or before June 5, 2031 (Exhibit J of Complaint). Taxes are current through June 2021 (Commissioner's Exhibit 14).

### Property 5 -329 Walnut Street

The Property is titled in the name of Miguel Sosa solely (Exhibit K of Complaint). There is no deed of trust recorded against the real property. Taxes on the real property are current through June 2021. (Commissioner's Exhibit 15).

### Other Real Property – 431 Walnut Street

The property is titled in the name of Miguel Sosa solely (Commissioner's Exhibit 16). There is no deed of trust recorded against the real property. Taxes are current through June 2021. (Commissioner's Exhibit 17). There is an unsatisfied Judgment against the prior owner, Sheryl L. Jones, in the amount of $768.10 dated December 22, 2011, which constitutes a prior lien on the property (Commissioner's Exhibit 18).

4. Your Commissioner finds that deed of trust liens are recorded against Property 1 in an original amount of $203,100.00 in July 2013; Property 2 in an original amount of $124,000.00 in August 2006; Property 3 in the original amount of $70,000.00 in June 2006; and Property 4 in the original amount of $90,000.00 in June 2006. The liens total $487,100.00. The status of the liens, interest rates,

and monthly payments are unknown. All are first liens on the respective properties.

A Judgment by Midland Funding LLC against Miguel Sosa-Avilia was docketed subsequent to the Plaintiff's Judgment and therefore is an inferior lien to Plaintiff's Judgment. A Judgment against a prior owner of "Other Property" was noted hereinabove and constitutes a valid lien on that real property.

5.   The rental value of the properties are estimated from Exhibit N-A through N-5 of the Complaint. Rent for Property 1 was estimated at $1,775.00/month; Property 2 at $950.00/month; Property 3 at $875.00/month; Property 4 at $1,000.00/month; Property 5 at $875.00/month. The Property at 431 Walnut is estimated by your Commissioner to be similar to Property 5 at $875.00/month for a total potential rental income of $6,350.00. The Judgment, that is sought to be collected by this proceeding, is for $300,000.00 docketed in April 2018 with interest beginning in February 2004. At the Judgment rate of interest at six percent (6%), the annual interest is $18,000.00, which totals well over $310,000.00 currently. The annual rents minus estimated mortgage payments, taxes and insurance, would not be sufficient to satisfy the lien in five (5) years.

6.   Your Commissioner estimates the fee simple value of the properties to be the value assessed by the City of Hampton, as follows:

| | |
|---|---|
| Property 1 | $269,300.00 |
| Property 2 | $116,700.00 |
| Property 3 | $ 83,000.00 |
| Property 4 | $135,300.00 |
| Property 5 | $ 84,900.00 |
| Other property (Walnut Street) | $ 92,900.00 |
| TOTAL ASSESSED VALUE | $782,000.00 |

This does not take into account the condition of the interior of the properties and also the most recent increase in demand for real estate and the resulting substantial increases in sales prices. A sale of all of the properties may be sufficient to pay off the Judgment if the deed of trust notes are current, or at least satisfy a large portion of the Judgment.

4

7.  If the Court entered an Order for the sale of the Properties, the Properties would be sold subject to the existing Deeds of Trust, Judgments and taxes, if any, by a Special Warranty deed. The burden would be on a purchaser of any of the Properties to clear these liens. Therefore, your Commissioner finds that the proper parties in interest are before the Court.

Therefore, your Commissioner recommends that the Plaintiff's relief be granted and that a Special Commissioner be appointed for the purpose of selling the Properties by means the Special Commissioner, with Court approval, deems appropriate to obtain the highest value from the Properties which are to be applied to the Special Commissioner's fees and toward payment of the Judgment.

Respectfully submitted,

J. Robert Harris, III, Commissioner

J. Robert Harris, III
34 West Queens Way
Hampton, VA 23669
VSB#15759
Telephone: (757) 722-2131
Facsimile : (757) 722-6411
bob@jrobertharrislaw.com

# **EXHIBIT 11**

VIRGINIA:

## IN THE CIRCUIT COURT OF THE CITY OF HAMPTON

| | | |
|---|---|---|
| CRUZ ELISA MATILDE DE SOSA, | ) | |
| AKA ELIZA SOSA, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No.: CL19000496-00** |
| | ) | |
| MICHELLE IRENE SOSA, | ) | |
| Administratrix for the Estate of | ) | |
| Juan Manuel Sosa Avila | ) | |
| and | ) | |
| MIGUEL SOSA AVILA, | ) | |
| An Individual, | ) | |
| and | ) | |
| SAMUEL I. WHITE, P.C., | ) | |
| Trustee, | ) | |
| and | ) | |
| NECTAR PROJECTS INC., | ) | |
| Trustee, | ) | |
| and | ) | |
| EQUITY TRUSTEES, LLC, | ) | |
| Trustee, | ) | |
| and | ) | |
| PRLAP, INC., | ) | |
| Trustee, | ) | |
| and | ) | |
| MIDLAND FUNDING LLC, | ) | |
| Judgment Creditor, | ) | |
| and | ) | |
| TIDEWATER FAMILY HEALTH | ) | |
| CENTERS LTD., | ) | |
| Judgment Creditor, | ) | |
| and | ) | |
| FEDERAL NATIONAL MORTGAGE | ) | |
| ASSOCIATION, | ) | |
| Creditor, | ) | |
| and | ) | |
| BANK OF AMERICA, N.A., | ) | |
| Creditor, | ) | |
| and | ) | |
| SELECT PORTFOLIO SERVICING, | ) | |
| INC., | ) | |
| Creditor, | ) | |
| *Defendants.* | ) | |

**DECREE CONFIRMING COMMISSIONER'S REPORT
AND ORDERING SALE**

This cause came to be considered by the court upon all former proceedings herein and papers formerly read, including, but not limited to the Complaint filed, the Decree of Reference, and upon the report of the J. Robert Harris (the "Commissioner in Chancery"), filed June 14, 2021, to which report no exceptions have been filed.

Upon consideration whereof, it appears to the Court that the report of the Commissioner in Chancery, has been filed for more than sixty (60) days, and no exceptions have been filed, and the report is accordingly ratified, approved, and confirmed in all responses.

It appearing to the Court that the property is subject to the valid and binding liens set forth in the report of the Commissioner in Chancery, and it further appearing that the rents and profits from the hereinafter described property are not sufficient to satisfy the liens within a five (5) year period, the Court being in concurrence with the opinion of the Commissioner in Chancery, that the properties be sold to satisfy the liens binding thereon, the Court does ADJUDGE, ORDER AND DECREE, that the tracts of land be sold, and that GREG BLANCHARD, Esq. be, and is appointed Special Commissioner of this Court to make the sale of the real estate hereinafter described under the direction of the Court in this Cause.

And the Court does ORDER that GREG BLANCHARD, Special Commissioner, offer for sale by public auction and/or by retaining a real estate agent in order to maximize the sale price of tracts of land as follows that are situated in the City of Hampton, Virginia, to-wit:

    a.      253 Beauregard Heights, Hampton, Virginia 23669 ("Property 1")

    b.      1269 North King Street, Hampton, Virginia 23669 ("Property 2")

    c.      400 Cedar Drive, Hampton, Virginia 23669 ("Property 3")

d.    112 Beverly Street, Hampton, Virginia 23669 ("Property 4")

e.    329 Walnut Street, Hampton, Virginia 23669 ("Property 5")

f.    431 Walnut Street, Hampton, Virginia 23669 ("Other Property")

The Court does further direct the Special Commissioner to report to the Court how he

proceeds under this decree.

ENTER: _____
Judge

DATE: 12/6/21

**WE ASK FOR THIS:**

*Counsel for Plaintiff*

By: _____
E. Wayne Powell, Esq. (VSB# 19550)
Powell Law Group, PC
14407 Justice Road
Midlothian, Virginia 23113-6902
Phone: (804) 794-4030
Facsimile: (804) 794-6576
wpowell@ewplg.com

*Co-Counsel for Plaintiff*

By: _____
Brian L. Fayman, Esq. (VSB# 80351)
KLIMA, PETERS & DALY, P.A.
8028 Ritchie Hwy., Suite 300
Pasadena, MD 21122
Phone: (410) 768-2280
bfayman@kpdlawgroup.com

**SEEN AND** _____

_____

Miguel Sosa Avila, AKA Miguel A. Sosa
Defendant.

I certify that the document to which this authentication is affixed is a true copy of an original record in the Hampton Circuit Court, that I have the custody of the record and I am the custodian of that record.
Linda Batchelor Smith, Clerk
By _____
Deputy Clerk

## CERTIFICATE OF SERVICE

We hereby certify that a true copy of the foregoing Decree was mailed first class, postage prepaid, this 30th day of September 2021, to the following:

MICHELLE IRENE SOSA, Administratrix for the Estate of Juan Manuel Sosa Avila,
253 Beauregard Hts.,
Hampton, Virginia 23669;

MIGUEL SOSA AVILA, AKA MIGUEL A. SOSA, An Individual,
253 Beauregard Hts.
Hampton, VA 23669;

William Adam White, Registered Agent for:
SAMUEL I. WHITE, P.C., Trustee,
5040 Corporate Woods Dr,
Suite 120,
Virginia Beach, VA 23462;

Tina B. McDaniel, Registered Agent for:
NECTAR PROJECTS INC., Trustee,
1402 Ribbon Limestone Terrace SE
Leesburg, VA 20175;

Howard N. Bierman, Registered Agent for:
EQUITY TRUSTEES, LLC Trustee,
2101 Wilson Blvd.,
Suite 1004,
Arlington, VA 22201;

CT Corporation System, Registered Agent for:
PRLAP, INC., Trustee,
4701 Cox Road,
Suite 285,
Glenn Allen, VA 23060;

Corporation Service Company, Registered Agent for:
MIDLAND FUNDING LLC, Judgment Creditor
100 Shockoe Slip,
2nd Floor,
Richmond, VA 23219;

TIDEWATER FAMILY HEALTH CENTERS LTD., Judgment Creditor
P.O. Box 184
White Marsh, VA 23183;

Ron Jean, Registered Agent for:
FEDERAL NATIONAL MORTGAGE ASSOCIATION, Creditor,
3900 Wisconsin Avenue NW,
Washington, D.C. 20016;

CT Corporation System Registered Agent for:BANK
OF AMERICA, N.A., Creditor,
4701 Cox Road,
Suite 285,
Glen Allen, VA 23060;

Corporation Service Company, Registered Agent for: SELECT
PORTFOLIO SERVICING, INC., Creditor,
100 Shockoe Slip,2nd
Floor
Richmond, VA 23219;

J. Robert Harris, III
Hampton Commissioner in Chancery34
Queens Way
Hampton, VA 23669

Greg Blanchard Special
Commissioner
2210 Executive Dr., Suite A
Hampton, VA 23666

*Counsel for Plaintiff*

By:
E. Wayne Powell, Esq. (VSB# 19550)
Powell Law Gr up, PC
14407 Justice Road
Midlothian, Virginia 23113-6902
Phone: (804) 794-4030
Facsimile: (804) 794-6576
wpowell@ewplg.com

*Co-Counsel for Plaintiff*

By:
Brian L. Fayman, Esq. (VSB# 80351)
KLIMA, PETERS & DALY, P.A.
8028 Ritchie Hwy., Suite 300
Pasadena, MD 21122
Phone: (410) 768-2280
bfayman@kpdlawgroup.com

VIRGINIA:

## IN THE CIRCUIT COURT OF THE CITY OF HAMPTON

CRUZ ELISA MATILDE DE SOSA,  )
AKA ELIZA SOSA,  )
   *Plaintiff,*  )
  )
v.  )    **Case No.: CL19000496-00**
  )
MICHELLE IRENE SOSA,  )
Administratrix for the Estate of  )
Juan Manuel Sosa Avila  )
   and  )
MIGUEL SOSA AVILA,  )
An Individual,  )
   and  )
SAMUEL I. WHITE, P.C.,  )
Trustee,  )
   and  )
NECTAR PROJECTS INC.,  )
Trustee,  )
   and  )
EQUITY TRUSTEES, LLC,  )
Trustee,  )
   and  )
PRLAP, INC.,  )
Trustee,  )
   and  )
MIDLAND FUNDING LLC,  )
Judgment Creditor,  )
   and  )
TIDEWATER FAMILY HEALTH  )
CENTERS LTD.,  )
Judgment Creditor,  )
   and  )
FEDERAL NATIONAL MORTGAGE  )
ASSOCIATION,  )
Creditor,  )
   and  )
BANK OF AMERICA, N.A.,  )
Creditor,  )
   and  )
SELECT PORTFOLIO SERVICING,  )
INC.,  )
Creditor,  )
   *Defendants.*

## MOTION FOR DECREE CONFIRMING COMMISSIONER'S REPORT AND ORDERING SALE

Comes now your Petitioner, Cruz Elisa Matilde De Sosa a/k/a Eliza Sosa, hereinafter (the "Petitioner") by Counsel, and respectfully moves the Court for the entry of the DECREE CONFIRMING COMMISSIONER'S REPORT AND ORDERING SALE, referring the sale of properties identified below to GREG BLANCHARD, Esq. to serve as Special Commissioner.

The report of the Commissioner in Chancery, has been filed for more than sixty (60) days, and no exceptions have been filed. The properties are subject to the valid and binding liens set forth in the report of the Commissioner in Chancery, and it further appears that the rents and profits from the hereinafter described property are not sufficient to satisfy the liens within a five (5) year period

The Petitioner further moves, that the tracts of land be sold, and that GREG BLANCHARD, Esq. as Special Commissioner of this Court make the sale of the real estate hereinafter described under the direction of the Court in this Cause.

The properties to be sold by GREG BLANCHARD as Special Commissioner, by way of public auction and/or by retaining a real estate agent in order to maximize the sale price of the tracts of land as follows that are situated in the City of Hampton, Virginia, to-wit:

a.     253 Beauregard Heights, Hampton, Virginia 23669 ("Property 1")

b.     1269 North King Street, Hampton, Virginia 23669 ("Property 2")

c.     400 Cedar Drive, Hampton, Virginia 23669 ("Property 3")
d.     112 Beverly Street, Hampton, Virginia 23669 ("Property 4")

e.     329 Walnut Street, Hampton, Virginia 23669 ("Property 5")

f.        431 Walnut Street, Hampton, Virginia 23669 ("Other Property")

The Petitioner also moves that the Special Commissioner report to the Court how he

proceeds under this decree in order to maximize the sale price.

ENTER: _____

Judge

DATE: _____

**WE ASK FOR THIS:**

*Counsel for Plaintiff*

By: _____

E. Wayne Powell, Esq (VSB# 19550)
Powell Law Group, PC
14407 Justice Road
Midlothian, Virginia 23113-6902
Phone: (804) 794-4030
Facsimile: (804) 794-6576
wpowell@ewplg.com

*Co-Counsel for Plaintiff*

By: _____

Brian L. Fayman, Esq. (VSB# 80351)
KLIMA, PETERS & DALY, P.A.
8028 Ritchie Hwy., Suite 300
Pasadena, MD 21122
Phone: (410) 768-2280
bfayman@kpdlawgroup.com

**SEEN AND** _____

_____

Miguel Sosa Avila, AKA Miguel A. Sosa
Defendant.

## CERTIFICATE OF SERVICE

We hereby certify that a true copy of the foregoing Decree was mailed first class, postage prepaid, this 30th day of September 2021, to the following:

MICHELLE IRENE SOSA, Administratrix for the Estate of Juan Manuel Sosa Avila,
253 Beauregard Hts.,
Hampton, Virginia 23669;

MIGUEL SOSA AVILA, AKA MIGUEL A. SOSA, An Individual,
253 Beauregard Hts.
Hampton, VA 23669;

William Adam White, Registered Agent for:
SAMUEL I. WHITE, P.C., Trustee,
5040 Corporate Woods Dr,
Suite 120,
Virginia Beach, VA 23462;

Tina B. McDaniel, Registered Agent for:
NECTAR PROJECTS INC., Trustee,
1402 Ribbon Limestone Terrace SE
Leesburg, VA 20175;

Howard N. Bierman, Registered Agent for:
EQUITY TRUSTEES, LLC Trustee,
2101 Wilson Blvd.,
Suite 1004,
Arlington, VA 22201;

CT Corporation System, Registered Agent for:
PRLAP, INC., Trustee,
4701 Cox Road,
Suite 285,
Glenn Allen, VA 23060;

Corporation Service Company, Registered Agent for:
MIDLAND FUNDING LLC, Judgment Creditor
100 Shockoe Slip,
2nd Floor,
Richmond, VA 23219;

TIDEWATER FAMILY HEALTH CENTERS LTD., Judgment Creditor
P.O. Box 184
White Marsh, VA 23183;

Ron Jean, Registered Agent for:
FEDERAL NATIONAL MORTGAGE ASSOCIATION, Creditor,
3900 Wisconsin Avenue
NW, Washington, D.C.
20016;

CT Corporation System Registered Agent for:
BANK OF AMERICA, N.A., Creditor,
4701 Cox Road,
Suite 285,
Glen Allen, VA 23060;

Corporation Service Company, Registered Agent for:
SELECT PORTFOLIO SERVICING, INC., Creditor,
100 Shockoe Slip,
2nd Floor,
Richmond, VA 23219;

J. Robert Harris, III
Hampton Commissioner in
Chancery34 Queens Way
Hampton, VA 23669

Greg Blanchard
Special Commissioner
2210 Executive Dr., Suite A
Hampton, VA 23669

*Counsel for Plaintiff*

By: _____
E. Wayne Powell, Esq (VSB#
19550)Powell Law Group, PC
14407 Justice Road
Midlothian, Virginia 23113-6902
Phone: (804) 794-4030
Facsimile: (804) 794-6576
wpowell@ewplg.com

*Co-Counsel for Plaintiff*

By: _____
Brian L. Fayman, Esq. (VSB# 80351)
KLIMA, PETERS & DALY, P.A.
8028 Ritchie Hwy., Suite 300
Pasadena, MD 21122
Phone: (410) 768-2280
bfayman@kpdlawgroup.com